FILED

NOV 19 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs § | |
| § | Case Number: **5:24-CR-00563-1-XR** |
| ROBERT JEFFREY MUELLER, § | |
| § | |
| *Defendant* § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Thomas Joseph McHugh, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 19th day of November, 2024.

_____
Henry J. Bemporad
U.S. Magistrate Judge