# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: SA:24-CR-00563(1)-XR |
| (1) Robert Jeffrey Mueller<br>*Defendant* | § | |

## ORDER SETTING ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for ARRAIGNMENT **in Courtroom A on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on December 03, 2024 at 03: 00 PM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the U.S. Attorney, U.S. Pretrial Services, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting, and if the defendant is on bond, advise defendent that he\she must be present, unless excused by the court.

A defendant entering a plea of not guilty who wishes to waive personal appearance at the arraignment, is excused from appearing, as is the attorney, if the enclosed waiver is executed and signed by both the defendant and the attorney of record, and filed with the Clerk. **If the waiver form is not submitted, the defendant and defendant's attorney must appear for the arraignment as scheduled.**

IT IS SO ORDERED this 19th day of November, 2024.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

6/7/2011 Notice of Waiver of Personal Appearance at Arraignment

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **USA** | § § | |
| vs. | § | Case Number: SA:24-CR-00563(1)-XR |
| | § § | |
| **(1) Robert Jeffrey Mueller** | § | |

## NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY
## WAIVER OF MINIMUM TIME TO TRIAL

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.
2) Defendant has read the charging document or had it read to him/her.
3) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document and, by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant request the Court accept his/her waiver of appearance and entere a plea of "not guilty."

_____          _____
**Date**                                      **Defendant**

                                         _____
                                         **Name of Attorney for Defendant (Print)**

_____          _____
**Date**                                      **Signature of Attorney for Defendant**


**IF A WAIVER FORM IS NOT SUBMITTED, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

6/7/2011 Notice of Waiver of Personal Appearance at Arraignment                                                              Page 2

    4) Defendant understands that he/she has a right to a minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30)-day period.

    Defendant, having conferred with his/her attorney in this regard, hereby **WAIVES** the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

_____      _____
**Date**                                           **Defendant**

                                               _____
                                               **Name of Attorney for Defendant (Print)**

_____      _____
**Date**                                           **Signature of Attorney for Defendant**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A MISDEMEANOR

    The U.S. Magistrate Judge may conduct proceedings in any and all Class A misdemeanor cases, including a jury or non-jury trial, if the defendant voluntarily consents thereto, and for Class B and C misdemeanors and infractions regardless of consent.

    **PLEASE INDICATE ONE OF THE FOLLOWING WITH A CHECK MARK:**

_____    **I DO CONSENT TO MAGISTRATE JUDGE JURISDICTION.**
_____    **I DO NOT CONSENT TO MAGISTRATE JUDGE JURISDICTION.**

**NO RESPONSE OR OMISSION OF THIS PAGE WILL BE INTERPRETED AS NOT CONSENTING TO MAGISTRATE JUDGE JURISDICTION AND CASE WILL BE ASSIGNED TO A U.S. DISTRICT JUDGE.**

_____      _____
**Date**                                           **Defendant**

                                               _____
                                               **Name of Attorney for Defendant (Print)**

_____      _____
**Date**                                           **Signature of Attorney for Defendant**