6/7/2011 Notice of Waiver of Personal Appearance at Arraignment

FILED
NOV 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: SA:24-CR-00563(1)-XR |
| | § | |
| (1) Robert Jeffrey Mueller | § | |

**NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**
**WAIVER OF MINIMUM TIME TO TRIAL**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.
2) Defendant has read the charging document or had it read to him/her.
3) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document and, by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant request the Court accept his/her waiver of appearance and entere a plea of "not guilty."

X _____

10-21-2024
**Date**

ROBERT JEFFREY MUELLER
**Defendant**

THOMAS J. McHUGH
**Name of Attorney for Defendant (Print)**

11-21-2024
**Date**

_____
**Signature of Attorney for Defendant**

**IF A WAIVER FORM IS NOT SUBMITTED, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

6/7/2011 Notice of Waiver of Personal Appearance at Arraignment                                              Page 2

    4) Defendant understands that he/she has a right to a minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30)-day period.

    Defendant, having conferred with his/her attorney in this regard, hereby **WAIVES** the requirement that trial shall not commence less than ~~thirty (30)~~ days from the date on which the defendant first appears through counsel or expressly ~~waives~~ counsel and elects to proceed pro se.

__11-21-2024__     X_____
**Date**                     **Defendant** ROBERT JEFFREY MUELLER

                    THOMAS J. McHugh
__11-21-2024__     **Name of Attorney for Defendant (Print)**
**Date**                     **Signature of Attorney for Defendant**

---

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF A MISDEMEANOR

    The U.S. Magistrate Judge may conduct proceedings in any and all Class A misdemeanor cases, including a jury or non-jury trial, if the defendant voluntarily consents thereto, and for Class B and C misdemeanors and infractions regardless of consent.

    **PLEASE INDICATE ONE OF THE FOLLOWING WITH A CHECK MARK:**

    _____ **I DO CONSENT TO MAGISTRATE JUDGE JURISDICTION.**
    _____ **I DO NOT CONSENT TO MAGISTRATE JUDGE JURISDICTION.**

**NO RESPONSE OR OMISSION OF THIS PAGE WILL BE INTERPRETED AS NOT CONSENTING TO MAGISTRATE JUDGE JURISDICTION AND CASE WILL BE ASSIGNED TO A U.S. DISTRICT JUDGE.**

_____     _____
**Date**                     **Defendant**

                    _____
                    **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                     **Signature of Attorney for Defendant**