FILED
January 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs<br><br>ROBERT JEFFREY MUELLER,<br><br>*Defendant* | § § § § § § § § § § § §<br><br>Case Number: **5:24-CR-00563-1-XR** |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, John Finbar Carroll , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 6th day of January, 2025.

_____
Henry J. Bemporad
U.S. Magistrate Judge