**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff § | |
| § | |
| VS. § | **CAUSE NO. SA-24-CR-00563(1)-XR** |
| § | |
| **ROBERT JEFFREY MUELLER,** § | |
| Defendant § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Robert Jeffrey Mueller, Defendant in the above numbered and styled cause, and files this Unopposed Motion for Continuance as follows:

1. The following schedule has been ordered in this case:

| | |
|---|---|
| Plea Agreement Deadline | December 27, 2024 |
| Pretrial Conference Setting | January 9, 2025 at 1:30 p.m. |
| Jury Selection and Trial | January 21, 2025 at 9:00 a.m. |

2. Undersigned counsel was appointed on this date, January 6, 2025, and needs time to become familiar with the case, facts and issues, as well as investigate this matter on behalf of the Defendant, review discovery and other tasks. It is requested that the Court order a continuance of all deadlines in this case for a period of at least 90 days.

3. Undersigned Counsel has consulted with counsel for the Government who states that he does not oppose this Motion for Continuance.

WHEREFORE, Defendant respectfully requests that the Court will grant this Unopposed Motion for Continuance.

Respectfully submitted,

/s/ John F. Carroll
John F. Carroll
1802 Blanco Road
San Antonio, Texas 78212
(210) 223-2627-Phone
(210) 223-5052-Fax
jcarrollsatx@gmail.com
State Bar No. 03888100

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Document was ELECTRONICALLY FILED with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Mr. William Harris
United States Attorney's Office for the Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

on this the 6th day of January, 2025.

/s/ John F. Carroll
John F. Carroll

2

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff § | |
| § | |
| **VS.** § | **CAUSE NO. SA-24-CR-00563(1)-XR** |
| § | |
| **ROBERT JEFFREY MUELLER,** § | |
| Defendant § | |

## ORDER

On this date the Court considered the Defendant's Unopposed Motion for Continuance. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Continuance is GRANTED.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE