IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>ROBERT JEFFREY MUELLER<br><br>    Defendant | Case No.: 5:24-CR-00563-XR |

### DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Defendant Robert Jeffrey Mueller ("**Mr. Mueller**") respectfully requests that John F. Carroll be permitted to withdraw as counsel for Mr. Mueller, and that Jason Davis and H. Jay Hulings be substituted as counsel for Mr. Mueller.

Mr. Mueller requests that the Clerk of Court and the parties update their records with Mr. Davis' and Mr. Hulings' identifying and contact information as follows:

Jason Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
Email: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

Mr. Mueller requests and approves of this substitution.

This Motion to Substitute Counsel is not sought for purposes of delay, but so that justice may be done.

Mr. Mueller requests that all future pleadings and correspondence in this case be sent to Mr. Davis and Mr. Hulings at the address provided above.

For these reasons, Mr. Mueller respectfully requests that the Court permit John F. Carroll to withdraw from this case and substitute Jason Davis and H. Jay Hulings of DAVIS & SANTOS, PLLC as attorney for Defendant Robert Jeffrey Mueller.

Dated: February 25, 2025.

                                      Respectfully submitted,

                                      **DAVIS & SANTOS, PLLC**

                                      By: _/s/ H. Jay Hulings_
                                                 Jason M. Davis
                                                 State Bar No. 00793592
                                                 Email: jdavis@dslawpc.com
                                                 H. Jay Hulings
                                                 State Bar No. 24104573
                                                 E-mail: jhulings@dslawpc.com
                                                 719 S. Flores Street
                                                 San Antonio, Texas 78204
                                                 Tel: (210) 853-5882
                                                 Fax: (210) 200-8395

                                                 *Attorneys for Defendant*
                                                 *Robert Jeffrey Mueller*

                                      By: _/s/ John F. Caroll_
                                                 John F. Carroll
                                                 State Bar No. 03888100
                                                 Email: jcarrollsatx@gmail.com
                                                 1802 Blanco Road
                                                 San Antonio, Texas 78212
                                                 (210) 223-2627-Phone
                                                 (210) 223-5052-Fax

                                                 *Withdrawing Attorney for Defendant*
                                                 *Robert Jeffrey Mueller*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant Robert Jeffrey Mueller has conferred with Mr. William Harris, counsel for United States of America, and confirmed that this Motion is unopposed.

                                                    */s/ H. Jay Hulings*
                                                    H. Jay Hulings

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of February 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                                    */s/ H. Jay Hulings*
                                                    H. Jay Hulings