IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>ROBERT JEFFREY MUELLER<br><br>    Defendant | Case No.:  5:24-CR-00563-XR |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Before the Court is Defendant Robert Jeffrey Mueller's Unopposed Motion to Substitute Counsel (the "**Motion**").  Based on the Motion, taking judicial notice of the entire record in this case, and for good cause having been shown, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that John F. Carroll is hereby withdrawn as attorney of record for Defendant Robert Jeffrey Mueller in this case.

IT IS FURTHER ORDERED that the following attorneys are substituted as attorneys of record for Defendant Robert Jeffrey Mueller:

Jason Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
Email: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

IT IS SO ORDERED this ___ day of February 2025.

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED BY:

**DAVIS & SANTOS, PLLC**

By:   */s/ H. Jay Hulings*
     Jason M. Davis
     State Bar No. 00793592
     Email: jdavis@dslawpc.com
     H. Jay Hulings
     State Bar No. 24104573
     E-mail: jhulings@dslawpc.com
     719 S. Flores Street
     San Antonio, Texas 78204
     Tel: (210) 853-5882
     Fax: (210) 200-8395

     *Attorneys for Defendant*
     *Robert Jeffrey Mueller*

By:  */s/ John F. Carroll*
     John F. Carroll
     State Bar No. 03888100
     Email: jcarrollsatx@gmail.com
     1802 Blanco Road
     San Antonio, Texas 78212
     (210) 223-2627-Phone
     (210) 223-5052-Fax

     *Withdrawing Attorney for Defendant*
     *Robert Jeffrey Mueller*