**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>**v.**<br><br>**ROBERT JEFFREY MUELLER**<br><br>**Defendant** | **Case No.:  5:24-CR-00563-XR** |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE COURT:

Defendant Robert Jeffrey Mueller ("**Mr. Mueller**") files this Unopposed Motion to Continue (the "**Motion**") and in support would respectfully show:

1.      The Indictment against Mr. Mueller was filed on November 6, 2024.

2.      On November 19, 2024, the Court entered a Scheduling Order, which set the date for entry of a plea agreement for January 3, 2025, and for jury selection and trial for January 21, 2025.

3.      On January 6, 2025, the Court entered an Order Granting Continuance and Amending Scheduling Order, which set the date for entry of a plea agreement for April 4, 2025, and for jury selection and trial for April 28, 2025.

4.      On February 25, 2025, the Court entered an Order granting Defendant's Unopposed Motion to Substitute Attorney, permitting the undersigned counsel to appear as counsel for Mr. Mueller.

5.      Mr. Mueller respectfully requests that the Court continue the trial setting and all deadlines in this case by at least ninety (90) days.  Although the undersigned counsel are familiar

with some of the facts of this case from their representation of Mr. Mueller in a related civil case,

counsel still need additional time to complete their investigation of the facts related to this criminal

case, confer with counsel for the Government, and discuss the same with Mr. Mueller.  Counsel

must also review discovery produced by the Government, which is voluminous.

6.    This motion is not made for purposes of delay but so that justice can be done.

7.    Undersigned counsel has conferred with counsel for the Government, who is not

opposed to the relief requested herein.

8.    For the foregoing reasons, Mr. Mueller respectfully requests that the Court grant

this motion and extend the trial setting and all deadlines in this case by at least ninety days.

DATED: February 26, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ H. Jay Hulings*
　　Jason M. Davis
　　State Bar No. 00793592
　　Email: jdavis@dslawpc.com
　　H. Jay Hulings
　　State Bar No. 24104573
　　E-mail: jhulings@dslawpc.com
　　719 S. Flores Street
　　San Antonio, Texas 78204
　　Tel: (210) 853-5882
　　Fax: (210) 200-8395

*Attorneys for Defendant*
*Robert Jeffrey Mueller*

2

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant Robert Jeffrey Mueller has conferred with Mr. William Harris, counsel for United States of America, and confirmed that this Motion is unopposed.

*/s/ H. Jay Hulings*
H. Jay Hulings

## **CERTIFICATE OF SERVICE**

I certify that on the 26th day of February 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings