# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v.<br><br>**ROBERT JEFFREY MUELLER**<br><br>**Defendant** | **Case No.: 5:24-CR-00563-XR** |

## [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO DIRECT PRODUCTION OF DOCUMENTS BEFORE TRIAL

On this date the Court considered the Defendant's Unopposed Motion to Direct Production of Documents Before Trial. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Direct Production of Documents Before Trial is GRANTED.

IT IS FURTHER ORDERED that the recipient of the subpoena attached as Exhibit A to the Motion shall respond to the subpoena by July 14, 2025, or a later date agreed to by Defendant.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE