IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
June 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

**UNITED STATES OF AMERICA**

Plaintiff

v.

**ROBERT JEFFREY MUELLER**

Defendant

Case No.: 5:24-CR-00563-XR

## [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO DIRECT PRODUCTION OF DOCUMENTS BEFORE TRIAL

On this date the Court considered the Defendant's Unopposed Motion to Direct Production of Documents Before Trial. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Direct Production of Documents Before Trial is GRANTED.

IT IS FURTHER ORDERED that the recipient of the subpoena attached as Exhibit A to the Motion shall respond to the subpoena by July 14, 2025, or a later date agreed to by Defendant.

SIGNED this __24th__ day of __June__, 2025.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE