**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** <br> v. <br> **ROBERT JEFFREY MUELLER** <br> **Defendant** | **Case No.:  5:24-CR-00563-XR** |

### [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

On this date the Court considered the Defendant's Unopposed Motion for Continuance. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Continuance is GRANTED. The Court will enter an amended scheduling order.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE