# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:24-CR-00563(1)-XR |
| | § | |
| (1) ROBERT JEFFREY MUELLER | § | |

## PRETRIAL CONFERENCE & HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE - HEARING ON PENDING MOTIONS** in Courtroom H on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, on **Wednesday, April 01, 2026 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 5th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE