**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** <br> v. <br> **ROBERT JEFFREY MUELLER** <br> **Defendant** | **Case No.: 5:24-CR-00563-XR** |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

On this date the Court considered the Defendant's Unopposed Motion to Extend Response Deadline (the "Motion"). The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The deadline for Defendant to file a response to the Government's pending Motion in Limine to Exclude Evidence shall be March 3, 2026.

SIGNED this _____ day of _____, 2026.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE