FILED
February 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>**ROBERT JEFFREY MUELLER**<br><br>**Defendant** | **Case No.:  5:24-CR-00563-XR** |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

On this date the Court considered the Defendant's Unopposed Motion to Extend Response Deadline (the "Motion").  The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The deadline for Defendant to file a response to the Government's pending Motion in Limine to Exclude Evidence shall be March 3, 2026.

SIGNED this \_\_16th\_\_ day of \_\_February\_\_, 2026.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE