# Exhibit B



| | |
|---|---|
| **From:** | Tom Andrew <tomandrew@yahoo.com> |
| **Sent:** | Friday, July 24, 2015 6:14 AM |
| **To:** | Robert J. Mueller <robert@deeprootfunds.com> |
| **Subject:** | Re: Fund Draft |

Excellent. It's truly a unique twist. You are in to something powerful here.

Sent from my iPhone

On Jul 23, 2015, at 9:27 PM, Robert J. Mueller <robert@deeprootfunds.com> wrote:

> See below in blue.
>
> ====================================
> Robert J. Mueller, Principal
> deeproot® Family of Companies
>
> <image001.jpg>
>
> Phys: 8200 IH-10 West, Ste. 600 San Antonio, TX 78230
> Mail: P.O. Box 691610, San Antonio, TX 78269
>
> Office: (888) 316-2935
> Mobile: (210) 602-8724
> Facsimile: (888) 316-2782
> http://www.deeprootfunds.com
>
> **From:** Tom Andrew [mailto:tomandrew@yahoo.com]
> **Sent:** Thursday, July 23, 2015 7:10 PM
> **To:** 'Robert J. Mueller'
> **Subject:** Fund Draft
>
> Damn, I think you really may be on to something here my man.  Thanks.  I can't take all the credit, but I wish I had thought of this long ago.  I think it would have been a much easier sale, and more profitable to us.
>
> Comments:
> 1. Consider changing pay date to "up to 90 day subsequent to Deeproot becoming aware of policy maturity". Reason being is that the carriers sometimes drag their feet on the maturity payouts and make the fund supply one document after another, then delay it again while their legal department reviews and reverts with questions... In the end, they always pay, but some carriers love to drag it out.  In a few extreme cases we have had to contact the insurance commissioner's office to speed things up. When they get involved, payouts usually happen 24 hours later.
> Already done.  The Pay Date is 30 days following the 'Date of Maturity'.  The Date of Maturity (as defined above that paragraph) is not the death of the insured, but rather when we receive the death benefits from the insurance carrier and notify the investor.  What's great about that is we don't even have to notify investors until we have $ in hand already...and then decide how many

'positions' will get paid.  Even better, we have an additional 30 days to try to get them to renew.

2. I like the 5 bips kicker as a renewal bonus.
Yes.

3. Company Advance: A low of 2% look better than 5%. Typical fund fees are "2 & 20", reps and investors are used to seeing those figures. You can still take a 20% advance, but the 2% minimum may market a little better.
Good advice.  I'll change it when attys get the draft ppm done.

4. Qualified account fees: Where will the liquidity come from to finance this on an ongoing basis? From investor funds?
That's between $250 and $500 per year per qualified account.  So yes, the loan will come from the 'advance'.  Right now we are paying them out of pocket without reimbursement from the investor.  I'm done with eating that large expense if we can get away with it.

5. I don't see anything about duration. How does the investor know if he is in a short, medium or long term fund? Is the investor's investment projected to mature in 5 years, 10 years, 20 years...?
I omitted it on purpose.  And that's the beauty of the design.  There is no term or duration because the queue guarantees fairness.  And, we can sit back (for a change) and not care about how we are going to return the money.  When a policy matures, we pay off positions, and over and again. If a policy hasn't matured yet, it's not our problem or fault.  And because the queue system will encourage faster repayments of windfalls of money, the investors will be more likely to renew.

Between us, I think we self-mutilated into way too much stress and liability with the fixed-rate, fixed term deeproot funds.  You yourself kept asking us why we were doing a 3 or 5 year, and how were we going to pay those above-market returns.  Projections in a spreadsheet and reality are two very different animals.  We've learned our lesson.  While the deeproot funds will continue in some form or fashion, we have a chance to correct and innovate.

As for the investor, we've already discussed marketing spin.  I think the best way is to remind them that the: i) fairness of the FIFO Queue counters term/duration concerns; and ii) the predictable lump sum return trumps unknown annualized ROI.

I'll be in the office tomorrow or Monday if you want to discuss more.

**CONFIDENTIAL**                                                                                                                                                                                                                                    CYCL001597