# Exhibit C

| | |
|---|---|
| **From:** | Robert J. Mueller <robert@deeprootfunds.com> |
| **Sent:** | Monday, March 20, 2017 11:55 AM |
| **To:** | 'Thomas Andrew' <tomandrew@yahoo.com> |
| **Subject:** | Confidential - Policy Valuations |
| **Attach:** | Policy Valuation 3.2017 - Final.xlsx |



EXHIBIT
14
HO-14036   05-27-2021

I sent you an earlier version. But here is an updated. Would like to discuss when you feel up to it and are able.

I hope things in Tampa are going well =)

Best!

Robert

======================================
Robert J. Mueller, Principal
deeproot® Family of Companies



Phys: 8200 IH-10 West, Ste. 600 San Antonio, TX 78230
Mail: P.O. Box 691610, San Antonio, TX 78269

Office: (888) 316-2935
Mobile: (210) 602-8724
Facsimile: (888) 316-2782
http://www.deeprootfunds.com

This is a confidential communication and intended for the addressee(s) only. If you are not an addressee you are instructed to immediately destroy all digital or printed originals or copies of this communication and notify deeproot® immediately. Any dissemination or use (other than what is reasonably contemplated by the communication) is strictly prohibited, and may be subject to civil penalties.

Document Exported Natively

CONFIDENTIAL

CYCL003062

| # | Case ID | Company | Max Rtn | Rtn after Principal + Premium | Acq | Death Benefit | Close Date | Est. Annual Prem | Est. Premium thru LE+1 | Total Premium Paid to Date | Current Valuation (Straight Line) | Current Valuation (Monte Carlo) |
|---|---------|---------|---------|-------------------------------|-----|---------------|------------|------------------|------------------------|----------------------------|-----------------------------------|--------------------------------|
| 1 | HMIL48 | Lincoln Fin Grp | 142.11% | 69.80% | $ 39,656.00 | $ 96,012.00 | 8/9/2012 | $ 3,685.00 | $ 16,889.58 | $ 18,640.00 | $ 96,012.00 | $ 96,012.00 |
| 2 | JDE21L | American General | 98.47% | 53.38% | $ 319,118.86 | $ 633,343.00 | 11/19/2012 | $ 20,104.00 | $ 93,818.67 | $ 65,585.48 | $ 633,343.00 | $ 633,343.00 |
| 3 | ANDE75 | West Coast Life | 122.95% | 111.18% | $ 897,054.54 | $ 2,000,000.00 | 1/4/2013 | $ - | $ 50,000.00 | $ 50,000.00 | $ 2,000,000.00 | $ 2,000,000.00 |
| 4 | UD33NL | American General Li | 61.88% | 61.88% | $ 463,303.68 | $ 750,000.00 | 3/25/2013 | $ - | $ - | $ - | $ 750,000.00 | $ 750,000.00 |
| 5 | GRR553 | Midland National | 94.75% | 55.93% | $ 124,528.00 | $ 242,520.00 | 10/23/2013 | $ 7,020.00 | $ 31,005.00 | $ 28,080.00 | $ 242,520.00 | $ 242,520.00 |
| 6 | JKN22A | Metlife Investors US | 168.69% | 85.76% | $ 930,427.00 | $ 2,500,000.00 | 8/12/2013 | $ 67,367.00 | $ 415,429.83 | $ 219,405.00 | $ 2,500,000.00 | $ 2,500,000.00 |
| 7 | SUL428 | Sunlife | 124.77% | 60.79% | $ 133,467.64 | $ 300,000.00 | 5/27/2013 | $ 9,105.00 | $ 53,112.50 | $ 37,315.00 | $ 300,000.00 | $ 300,000.00 |
| 8 | SUL429 | Sunlife | 124.77% | 60.79% | $ 133,468.00 | $ 300,000.00 | 10/23/2013 | $ 9,105.00 | $ 53,112.50 | $ 37,315.00 | $ 300,000.00 | $ 300,000.00 |
| 9 | PER437 | ING Reliastar Life In | 123.43% | 56.78% | $ 447,567.00 | $ 1,000,000.00 | 1/22/2014 | $ 32,618.00 | $ 190,271.67 | $ 98,236.00 | $ 1,000,000.00 | $ 1,000,000.00 |
| 10 | FEE287 | John Hancock | 113.13% | 62.76% | $ 234,599.58 | $ 500,000.00 | 3/19/2014 | $ 12,625.00 | $ 72,593.75 | $ 37,875.00 | $ 500,000.00 | $ 500,000.00 |
| 11 | FEE548 | John Hancock | 114.16% | 62.78% | $ 233,470.16 | $ 500,000.00 | 3/31/2014 | $ 12,817.00 | $ 73,697.75 | $ 38,451.00 | $ 500,000.00 | $ 500,000.00 |
| 12 | MILU82 | Jackson Natl Life | 127.47% | 64.19% | $ 219,813.51 | $ 500,000.00 | 10/1/2014 | $ 13,736.84 | $ 84,710.51 | $ 36,071.73 | $ 500,000.00 | $ 500,000.00 |
| 13 | SIE687 | Transamerica Life | 134.73% | 77.43% | $ 639,038.00 | $ 1,500,000.00 | 6/2/2015 | $ 31,750.00 | $ 206,375.00 | $ 84,430.00 | $ 1,500,000.00 | $ 1,500,000.00 |
| 14 | MAR790 | Occidental Life | 82.05% | 76.24% | $ 54,929.06 | $ 100,000.00 | 6/2/2015 | $ 306.00 | $ 1,810.50 | $ 612.00 | $ 100,000.00 | $ 100,000.00 |
| 15 | JMD135 | Transamerica Life | 129.59% | 87.77% | $ 217,777.36 | $ 500,000.00 | 6/30/2015 | $ 6,326.18 | $ 48,500.71 | $ 9,926.00 | $ 260,027.46 | $ 266,795.49 |
| 16 | MLLZ10 | West Coast Life | 90.60% | - | $ 183,633.00 | $ 350,000.00 | 2/26/2016 | - | - | - | | |
| 17 | MOR780 | Athene Annuity & Life | 149.79% | 95.20% | $ 80,068.00 | $ 200,000.00 | 9/26/2016 | $ 2,465.00 | $ 22,390.42 | $ 2,465.00 | $ 84,523.86 | $ 84,822.23 |
| 18 | FERN07 | AXA Equitable | 342.23% | 88.13% | $ 2,261,275.00 | $ 10,000,000.00 | 8/19/2016 | $ 318,701.00 | $ 3,054,217.92 | $ 318,701.00 | $ 4,853,995.99 | $ 5,022,607.50 |
| 19 | RID363 | West Coast Life | 236.29% | 61.34% | $ 148,680.00 | $ 500,000.00 | 12/16/2016 | $ 21,030.00 | $ 161,230.00 | $ - | $ 212,258.91 | $ 211,577.51 |
| 20 | KFFN57 | Metlife Ins | 96.77% | 85.80% | $ 254,104.00 | $ 500,000.00 | 12/21/2016 | $ 2,337.00 | $ 14,995.75 | $ - | $ 255,234.40 | $ 254,889.09 |
| 21 | HCS883 | Mass Mutual | 76.61% | 48.50% | $ 872,000.00 | $ 1,540,000.00 | 2/2/2017 | $ 40,412.00 | $ 165,015.67 | $ - | $ 1,540,000.00 | $ 1,540,000.00 |