# Exhibit D

| | |
|---|---|
| From: | scott@deeprootadvisors.com |
| Sent: | Tuesday, July 17, 2018 11:18 AM |
| To: | 'Thomas Andrew' <tomandrew@yahoo.com> |
| Cc: | 'Nathan Spradlin' <nathan@deeprootadvisors.com> |
| Subject: | FMG and Agent Spreadsheet |
| Attach: | (New) Leads and Agents for Tom.xlsx |

**EXHIBIT 16**
HO-14036   05-27-2021

Hi Tom,

Please see attached for the updated spreadsheet.

===========================================
Scott L. Allen,
Business Development



deeproot Funds, LLC

Physical: 12621 Silicon Dr, San Antonio, TX 78249
Mailing: P.O. Box 691610, San Antonio, TX 78230

Office: (888) 519-9416
Facsimile: (888) 909-6032
http://www.deeprootfunds.com

Investments in securities carry unique risks. Please carefully read the risks and disclosures contained in our Private Placement Memorandum or consult with your Broker/Investment Advisor/Accountant/ Attorney prior to making any investment. Nothing in this email shall constitute an offer or solicitation to buy or sell any security. Offers are only made via Sales Packet which contains a PPM, Application & Subscription Agreement, and other offering documents. Prior to investing, potential Investors need to fill out various suitability and accreditation forms and be approved by the Company. Information contained in this email is for the recipient and may be of a confidential nature. As such the recipient should be careful in sharing any information contained here. More information can be found on the Company's website or by contacting us.

CONFIDENTIAL

Document Exported Natively

CONFIDENTIAL

CYCL004558

| Name | City | State | roduction Y1 | Last Business | Potential Opportunity | Pending Business Date | Pending Business Amount |
|---|---|---|---|---|---|---|---|
| ▮ | Waxahachie | TX | | Nov-17 | Y | 7/16 - 7/20 | $ 470,000.00 |
| ▮ | Spring | TX | | Mar-18 | Y | | |
| ▮ | Humble | TX | | May-18 | N | | |
| ▮ | Groveland | IL | | Dec-17 | Y | 7/10 - Nate VC | $ 100,000.00 |
| ▮ | Palo Heights | IL | | Jul-18 | N | | |
| ▮ | Phoenix | AZ | | Mar-18 | Y | | $ 100,000.00 |
| ▮ | Tucson | AZ | | Apr-18 | N | | |
| ▮ | Tucson | AZ | | Mar-18 | N | | |
| ▮ | Spring | TX | | May-18 | N | | |
| ▮ | Huntersville | NC | | Aug-17 | N | | |
| ▮ | Bonney Lake | WA | | Jun-18 | Y | | |
| ▮ | Fountain Hills | AZ | | Jun-18 | Y | | |
| ▮ | Costa Mesa | CA | | Jul-18 | Y | | |
| ▮ | Countryside | IL | | NA | N | | |
| ▮ | Kansas City | MO | | NA | N | | |
| ▮ | Phoenix | AZ | | NA | N | | |
| ▮ | St George | UT | | NA | N | | |
| ▮ | Houston | TX | | NA | N | | |
| ▮ | Townsend | DE | | NA | N | | |
| ▮ | San Jose | CA | | NA | N | | |
| ▮ | Austin | TX | | NA | N | | |
| ▮ | Vero Beach | FL | | NA | N | | |
| ▮ | Peru | | | NA | | | |
| ▮ | Turkey | | | NA | | | |
| | | | | | | | $ 670,000.00 |

| # of Apps Pending | App Received Date | App Amount | Funds Received Date | Last Contact Attempt |
|---|---|---|---|---|
| | | | | 07/16/18 |
| | | | | 07/16/18 |
| | | | | 07/06/18 |
| | | | | 07/12/18 |
| 2 | 7/11 & 7/12 | $ 665,000.00 | | 07/13/18 |
| 2 | 5/29 & 6/6 | $ 220,000.00 | | 07/17/18 |
| 1 | 5/7 | $ 70,000.00 | | 07/12/18 |
| 2 | 5/25 & 6/22 | $ 294,000.00 | 7/13 (1 app) | 07/17/18 |
| 2 | 5/31 & 6/28 | $ 400,000.00 | | 07/16/18 |
| | | | | 07/16/18 |
| | 5/17 | $ 465,000.00 | 06/26 & 7/13 | 07/16/18 |
| | 6/19 | | 06/27/18 | 07/12/18 |
| 1 | 7/12 | $ 100,000.00 | | 07/12/18 |
| | | | | 07/17/18 |
| | | | | 07/13/18 |
| | | | | 07/06/18 |
| | | | | 07/06/18 |
| | | | | 07/17/18 |
| | | | | 07/17/18 |
| | | | | 07/06/18 |
| | | | | 07/17/18 |
| | | | | 07/17/18 |
| | | | | 07/16/18 |
| | | | | 07/16/18 |
| | | $ 2,214,000.00 | | |

| Notes |
|---|
| We will be having a conference call w/Criss and client this week |
| They are still working on potiential from last seminar but no new development |
| 3 pieces of business so far this year. Nothing currently in the works |
| Nate did VC w/client but still waiting on app |
| John submitted 2 apps last week. Working on seminars for end of August |
| He is still working on seminar follow up and has current $100k he's trying to get turned in |
| 2 pieces of business so far this year. Nothing currently in the works |
| Pam is getting things going now she is back from Europe. Trying to get a dinner set up for Sep/Oct |
| We are working with him on seminars for end of August |
| Nothing currently in the works |
| He is following up w/dinner attendees. Working on seminars for end of August |
| He is working on some new potential business |
| John submitted his first app. He has a few more people he is trying to meet with |
| New Finder. Working to get him going |
| New finder working w/Jonmark. He will be doing his own seminars soon. |
| New finder working w/Jonmark. He will be doing his own seminars soon. |
| New finder working w/Jonmark. He will be doing his own seminars soon. |
| New Finder. Working to get him going |
| New Finder. Working to get him going |
| She is in Germany until the end of July but has some potential opportunity we will discuss when she returns. |
| New Finder. Working to get him going |
| Ben is working on finding potential investors for a dinner either in FL or CA |
| Will is working closely w/Robert to get things moving |
| Trying to set a call to touch base and keep good contact |