# Exhibit E

| | |
|---|---|
| **From:** | Nathan Spradlin <nathan@deeprootadvisors.com> |
| **Sent:** | Friday, May 25, 2018 1:54 PM |
| **To:** | 'Thomas Andrew' <tomandrew@yahoo.com>; robert@deeprootfunds.com |
| **Cc:** | scott@deeprootadvisors.com |
| **Subject:** | RE: deeproot - |

Agreed! They both have a lot of excitement and energy towards deeproot and that is great. We will stay on him and get things going.

Thanks Tom!

Nate


===============================================
Nathan N. Spradlin,
Director of Business Development



deeproot Funds, LLC

Physical: 12621 Silicon Dr, San Antonio, TX 78249
Mailing: P.O. Box 691610, San Antonio, TX 78230

Office: (888) 519-9416
Facsimile: (888) 909-6032
http://www.deeprootfunds.com


Investments in securities carry unique risks. Please carefully read the risks and disclosures contained in our Private Placement Memorandum or consult with your Broker/Investment Advisor/Accountant/ Attorney prior to making any investment. Nothing in this email shall constitute an offer or solicitation to buy or sell any security. Offers are only made via Sales Packet which contains a PPM, Application & Subscription Agreement, and other offering documents. Prior to investing, potential Investors need to fill out various suitability and accreditation forms and be approved by the Company. Information contained in this email is for the recipient and may be of a confidential nature. As such the recipient should be careful in sharing any information contained here. More information can be found on the Company's website or by contacting us.

**From:** Thomas Andrew [mailto:tomandrew@yahoo.com]
**Sent:** Friday, May 25, 2018 12:50 PM
**To:** Nathan Spradlin <nathan@deeprootadvisors.com>; robert@deeprootfunds.com
**Cc:** scott@deeprootadvisors.com
**Subject:** Re: deeproot -

Hi guys,
I met with Ben last night and got his signed finders agreement. I will have my office send it over to you today. He has a lot of excitement and energy at this moment. We need to capitalize on it and point that energy in the right place.
Tom

Sent from my iPhone

On May 25, 2018, at 10:26 AM, Nathan Spradlin <nathan@deeprootadvisors.com> wrote:

Hey Tom,

How did it go with Ben last night? He mentioned he was going to give you the Finder's Agreement. Did that end up happening? I had a video conference with Rebecca last night. It went well. She had some good questions and a lot of energy. Hopefully she has the network to refer clients because that energy can definitely help her.

Just wanted to give you a quick update.

Nate


===========================================
Nathan N. Spradlin,
Director of Business Development

<image003.jpg>

deeproot Funds, LLC

Physical: 12621 Silicon Dr, San Antonio, TX 78249
Mailing: P.O. Box 691610, San Antonio, TX 78230

Office: (888) 519-9416
Facsimile: (888) 909-6032
http://www.deeprootfunds.com


Investments in securities carry unique risks. Please carefully read the risks and disclosures contained in our Private Placement Memorandum or consult with your Broker/Investment Advisor/Accountant/ Attorney prior to making any investment. Nothing in this email shall constitute an offer or solicitation to buy or sell any security. Offers are only made via Sales Packet which contains a PPM, Application & Subscription Agreement, and other offering documents.  Prior to investing, potential Investors need to fill out various suitability and accreditation forms and be approved by the Company. Information contained in this email is for the recipient and may be of a confidential nature. As such the recipient should be careful in sharing any information contained here. More information can be found on the Company's website or by contacting us.