# Exhibit F

| Name of Insured | Policy # | Face Value | Carrier | Date of Purchase | Purchase Amount | Date of Sale | Sale Amount | Name of Purchasing Entity | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Smith, Herbert | 6196883 | $ 1,540,000.00 | Mass Mutual Life Insurance Company | 12/2/2016 | $ 32,500.00 | 2/2/2017 | $ 872,000.00 | Policy Services Inc | |
| Ridley, Jonathan | Z01480363 | $ 500,000.00 | West Coast Life Insurance Company | 10/11/2016 | $ 23,000.00 | 10/21/2016 | $ 148,680.00 | Policy Services Inc | |
| Latchaw, Richard | B00787116 | $ 1,100,000.00 | Protective Life Insurance Company | 11/23/2016 | $ 18,500.00 | 3/29/2017 | $ 144,429.00 | Policy Services Inc | |
| Kauffman, Alan | 207226157USU | $ 500,000.00 | Metlife Insurance Company USA | | $ 60,000.00 | 10/21/2016 | $ 258,184.00 | Policy Services Inc | Amounts of Purchase and Sale are Confirmed, However we do not have exact date of acquisition in our records |
| Fernandez, Benito | 161212607 | $ 10,000,000.00 | AXA Life and Annuity Company | 7/6/2016 | $ 10,000.00 | 7/7/2016 | $ 2,261,275.00 | Policy Services Inc | |
| Doyle, James | 92347135 | $ 500,000.00 | Transamerica Life Insurance Company | 3/23/2015 | $ 107,000.00 | 6/1/2015 | $ 217,777.36 | Policy Services Inc | |
| Bates, Charles | L52216941 | $ 500,000.00 | State Life Insurance Company | 8/6/2015 | $ 43,500.00 | 8/28/2015 | $ 244,806.00 | Policy Services Inc | |
| Basha, Margaret | 65386582 | $ 9,000,000.00 | Transamerica Life Insurance Company | 4/25/2017 | $ 842,022.00 | 5/16/2017 | $ 4,247,022.00 | Policy Services Inc | |
| Androli, Roger | 6168262 | $ 1,000,000.00 | Principal Financial Group | 3/8/2016 | $ 105,000.00 | 5/17/2017 | $ 270,000.00 | Policy Services Inc | Policy was sold to Policy Services Inc, However we cannot find the agreement in our records. |
| Totals If Applicable | | $ 24,640,000.00 | | | $ 1,241,522.00 | | $ 8,664,173.36 | | |

EXHIBIT

12

HO-14036   05-27-2021

**CONFIDENTIAL**

CYCL000001