# Exhibit G

**From:** Thomas Andrew <tomandrew@yahoo.com>
**Sent:** Monday, April 1, 2019 4:33 AM
**To:** Robert J. Mueller <robert@deeprootfunds.com>
**Subject:** Re: Follow-up

EXHIBIT 21
HO-14036  05-27-2021

Good morning Robert,
Please let me know when we can talk after you've spoken to the guys at the office. Thank you.
Tom

Sent from my iPhone

On Mar 31, 2019, at 10:51 PM, Robert J. Mueller <robert@deeprootfunds.com> wrote:

> Tom,
>
> I wanted to give you an update before I speak with the guys in the morning. Neither of us benefits from either of us going down. You have been very patient. But I am in the dark as to your agreement with your lender as that lender (nor your terms with him) was not a party to our contract. So I am at a loss as to how to respond to his sudden acceleration of the loan, why it was collateralized on your home rather than the policy, or how that is tied to our agreement or the Basha policy.
>
> There were three cases that were of import when we spoke Thursday and Friday mornings. I passed on accurate information as such was conveyed to me; that they were "solid". These were/are the only close closers.
>
> • A case for $300k which the investor was supposed to send the app in and wire money by Friday or Monday. Nate said the investor decided to wait after feeling pressured. I plan to get an update tomorrow morning.
> • A case for $250k which the investor was closing a partnership and would wire the money by Monday or Tuesday. Nate heard back late Friday that the partnership closing was delayed for at least 2 weeks. I plan to follow-up.
> • A case for $100k that might not have been in until next week. Nate said the client backed out Friday, but agent was trying to salvage. I plan to get an update in the morning.
>
> I know Nate and Scott are working on other cases, but none of them sounded likely before the second half of the month. With our top 3 producers being absent for the first three months of this year, Nate and Scott have already been pounding and pressuring agents for the last six week to the point of them either being tapped out or being resistant to returning calls. If $180k is hard for us per month, $675k is pretty impossible for 5-6 days. So I have looked at some of the other avenues you mentioned.
>
> I have a call set up with a loan agent with Wells Fargo tomorrow morning. I also filled out a form for Amex to provide cash credit. I'm waiting to hear back from that. However, it seems to me that neither are going to be of any help this week given the loan process; and both are going to be very small amounts.
>
> I do not know how to leverage or sell policies in the time span we have. If you have any ideas, I am all ears. Even if giving him one of our policies in the same face range is an option. I'd take the loss now, to make it up later.
>
> Is the Mexico deal able to be of help? I've often hoped many of the potential deals that you brought to us could have fixed this situation long ago.

I am also willing to speak to your lender if need be.

Thanks!

Robert


====================================
Robert J. Mueller, Principal
deeproot® Family of Companies

Phys: 12621 Silicon Dr, San Antonio, TX 78249
Mail: P.O. Box 691610, San Antonio, TX 78269

Office: (888) 316-2935 x101
Mobile: (210) 602-8724
Facsimile: (888) 316-2782
http://www.deeprootfunds.com

Investments in securities carry unique risks. Please carefully read the risks and disclosures contained in our Private Placement Memorandum or consult with your Broker/Investment Advisor/Accountant/ Attorney prior to making any investment. Nothing in this email shall constitute an offer or solicitation to buy or sell any security. Offers are only made via Sales Packet which contains a PPM, Application & Subscription Agreement, and other offering documents.  Prior to investing, potential Investors need to fill out various suitability and accreditation forms and be approved by the Company. Information contained in this email is for the recipient and may be of a confidential nature. As such the recipient should be careful in sharing any information contained here. More information can be found on the Company's website or by contacting us.