UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v<br><br>(1) ROBERT JEFFREY MUELLER | **CRIMINAL NO. SA 24 CR 563 XR** |

GOVERNMENT'S REPLY TO
DEFENDANT'S RESPONSE TO
GOVERNMENT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE

TO THE HONORBALE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

The United States submits that rather than refute the need for the Motion *In Limine* (Doc. 32), Defendant's Response (Doc. 36) supports it.  The United States submits that *how* or *why* deeproot became a failing business is not relevant to the charges in the Indictment.  It is undisputed that by April 8, 2019, deeproot was a failing a business and rather than revise the business plan, Defendant caused materially false representations and omissions to be made to entice new investors  Nothing in the Response refutes the falsity of the statements alleged in the Indictment nor refutes the materiality of the omissions alleged.  Further, the Response does not address that portion of the Motion seeking to exclude evidence regarding transactions with the unrelated third-party, therefore the United States considers that matter to be conceded.

As stated in the Response, Defendant intends through cross examination of Thomas Andrew to shift the focus from Defendant's Mueller's fraudulent conduct by portraying Mr. Andrew as the villain who defrauded Defendant Mueller and thereby became the proximate cause of deeproot's failure and the victim's loss, in addition to the Securities and Exchange

Commission's suit. This is exactly the sort of confusing, non-relevant issue that F.R.Evid. Rules 402 and 403 are meant to exclude.

Accordingly, the instant Motion *In Limine* should be granted. Alternatively, at a minimum, defense counsel should approach the bench and obtain a ruling before seeking to introduce such matters in the questioning of Mr. Andrews or any other witness.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY


WILLIAM R. HARRIS
ASSISTANT UNITED STATES ATTORNEY
Ohio Bar No. 0017818

ALICIA LOVETT McNAB
ASSISTANT UNITED STATES ATTORNEY
601 N.W Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7025

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

H. Jay Hulings, Esquire
719 S. Flores Street
San Antonio, Texas 78204
jhulings@dslawpc.com


WILLIAM R. HARRIS
Assistant United States Attorney

2