# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO:** |
| **vs.** | § | **SA:24-CR-00563(1)-XR** |
| | § | |
| **(1) ROBERT JEFFREY MUELLER** | § | |

## ORDER RESETTING PRETRIAL CONFERENCE - HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is **RESET** for **PRETRIAL CONFERENCE - HEARING ON PENDING MOTIONS** in Courtroom H on the Third Floor of United States Courthouse, 262 W. Nueva Street, San Antonio, Texas on **Monday, April 06, 2026 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 19th day of March, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE