UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) ROBERT JEFFREY MUELLER<br>*Defendant,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | No.:SA:24-CR-00563(1)-XR |

**ORDER ACCEPTING WAIVER OF**
**PERSONAL APPEARANCE AT ARRAIGNMENT**

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by

defendant and defendant's attorney, in which defendant affirms:

1.    Defendant has received a copy of the charging document;
2.    Defendant has read the charging document or had it read to him/her;
3.    Defendant understands that he/she has the right to personally appear at arraignment; and
4.    Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the

waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

**IT IS SO ORDERED** this **24th day of March, 2026.**

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE**
**JUDGE**