**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff**

      **v.**

**ROBERT JEFFREY MUELLER**

    **Defendant**

**Case No.:  5:24-CR-00563-XR**

**[PROPOSED] ORDER ON DEFENDANT'S OPPOSED MOTION TO CONTINUE**
**TRIAL SETTING**

On this date the Court considered the Defendant's Opposed Motion to Continue Trial Setting (the "**Motion**").  The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Court will enter an amended scheduling order.

SIGNED this _____ day of _____, 2026.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE