**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | |
| **v.** | **Case No.:  5:24-CR-00563-XR** |
| **ROBERT JEFFREY MUELLER** | |
| **Defendant** | |

**DEFENDANT'S SUPPLEMENT REGARDING OPPOSED MOTION
TO CONTINUE TRIAL SETTING**

TO THE HONORABLE COURT:

Defendant Robert Jeffrey Mueller ("**Mr. Mueller**" or the "**Defense**") files this Supplement Regarding Opposed Motion to Continue Trial Setting (ECF No. 48, the "**Motion**") and in support would respectfully show:

Mr. Mueller submits this Supplement to the Motion to inform the Court regarding relevant events occurring after the filing of the Motion, the Government's Response, and Mr. Mueller's Reply. *See* ECF No. 48; ECF No. 49; ECF No. 50. The day after briefing on the Motion, counsel for the Government sent the letter attached hereto as Exhibit A to counsel for Mr. Mueller. *See* Exhibit A. The letter confirms that the Government "intends to present evidence that as part of the fraud, investor funds were used to pay among other expenses Mr. Mueller's salary, credit cards, and other personal expenses, and other benefits from [sic] himself and others." *See id.* As noted in the Reply, such evidence would constitute a significant expansion of the Government case, as such evidence likely would not have been admissible under the manner and means alleged in the original Indictment. *See* ECF No. 50.

In addition, on the same day, the Government produced a substantial new production of documents, which apparently includes credit card records previously produced in the SEC litigation and which the Government received from the SEC on March 26, 2026. *See* Exhibit B. It appears that this production exceeds 330 MB of data.

Mr. Mueller respectfully requests the Court consider the above information in its consideration of Mr. Mueller's Opposed Motion to Continue Trial Setting.

DATED: March 26, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**


By: */s/ H. Jay Hulings*
Jason M. Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
E-mail: jhulings@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Defendant***
***Robert Jeffrey Mueller***

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 26, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings

3