# Exhibit A



**United States Department of Justice**

*United States Attorney's Office*
*Western District of Texas*

*William R. Harris*
*Assistant United States Attorney*

*601 NW Loop 410 Suite 600*
*San Antonio, Texas 78216-5512*
*White Collar Crime Unit*

*(210) 384-7025 Office*
*(210) 384-7134 Direct*
*Bill.Harris@usdoj.gov*

March 26, 2026

*VIA EMAIL ONLY*

H. Jay Hulings
Davis & Santos
719 S. Flores Street, San Antonio, TX, 78204
<u>Via Email Only</u>

Re: *United States of America v. Robert Mueller,*

Dear Mr. Hulings:

I write in response to statements made in Defendant's Reply to Government's Response to Opposed Motion to Continue, specifically "In previous telephone conversations between counsel, the Government represented that it may introduce some evidence regarding the amounts paid to Mr. Mueller as part of its summary of bank records. But counsel also stated that the Government did not intend to allege that Mr. Mueller misled investors by failing to disclose that Mr. Mueller received a salary or other non-payroll compensation."

To be clear, the United States intends to present evidence that as part of the fraud, investor funds were used to pay among other expenses Mr. Mueller's salary, credit cards, and other personal expenses, and other benefits from himself and others.

Very truly yours,

JUSTIN R. SIMMONS
United States Attorney

WILLIAM HARRIS
Digitally signed by
WILLIAM HARRIS
Date: 2026.03.26
15:46:53 -05'00'

WILLIAM R. HARRIS
Assistant United States Attorney