# Exhibit B



**U.S. Department of Justice**

*United States Attorney*
*Western District of Texas*

| | | |
|---|---|---|
| *William R. Harris* | *601 NW Loop 410, Suite 600* | *Phone: 210-384-7134* |
| *Assistant United States Attorney* | *San Antonio, TX78216* | *Fax: (210) 384-7135* |

Thursday, March 26, 2026

Jay Hulings
Davis & Santos
719 S. Flores Street, San Antonio, TX, 78204
Via Atlas 2.0 -Electronic Production

Re: *United States of America v. Robert Mueller,*

Dear Mr. Hulings,

   I am producing supplemental discovery to you, consisting of numerous PDFs from the SEC investigation and 302s. The SEC materials have previously been provided to you by the SEC. This office just obtained them and are also providing them pursuant to Rule 16.

   If you have any questions or concerns, please feel free to reach out.

Sincerely,

JUSTIN R. SIMMONS
United States Attorney

By: _____/s/_____
    WILLIAM R. HARRIS
    Assistant United States Attorney