UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. SA 24 CR 563 XR

ROBERT JEFFREY MUELLER

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files its Proposed Voir Dire Questions.

1.  Has any member of the panel themselves, or a close friend or family member, had a bad experience with a member of law enforcement or with the criminal justice system?

2.  Has any member of the panel ever used a financial advisor for their personal money?

3.  Has any member of the panel ever received a pitch from a financial advisor?

4.  Has any member of the panel ever worked as a financial advisor or advised others how to invest their money?

5.  Has any member of the panel ever worked for a company or firm that advised individuals how to invest their money?

6.  Has any member of the panel themselves, or a close friend or family member, ever been accused of lying to people to obtain their money?

7. Has any member of the panel ever defaulted on a loan, whether a personal loan or a business loan?

8. Has any member of the panel themselves, or a loved one, ever had something repossessed after defaulting on a payment or loan?

9. Has any member of the panel themselves, or a loved one, ever been investigated by the Securities and Exchange Commission otherwise known as the SEC?

10. Has any member of the panel themselves, or a loved one, ever worked for a company that was investigated by the Securities and Exchange Commission (SEC)?

11. Has any member of the panel ever had a negative experience with the FBI?

12. Even if you have never had a negative experience with the FBI, does anyone on the panel feel the FBI is untrustworthy or corrupt as an institution?

13. Does any member of the panel hold religious, ethical, or moral beliefs that they cannot sit in judgement of another?

14. It is anticipated that if selected, the Judge will instruct you not to consider potential punishment in rendering your verdict that is to decide this case based solely upon the evidence in this case and not based upon any consideration of what the punishment may or may not be as a result of your verdict.  Does any member of the panel believe they will have difficulty with this?

15. Does any member of the panel feel it will be hard for them to ignore the potential punishment the defendant may or may not receive if found guilty?

16. The defendant has been charged with five counts of Wire Fraud in this case.  The law states that Wire Fraud can be established by showing that Defendant made

express false statements or by omissions, meaning failing to say something material. Would any member of the panel be unable to find the defendant guilty of Wire Fraud if it's shown the Defendant failed to say something rather than expressly made a false statement?

17. Do any of you reject the notion that a person can commit a crime through someone else?  That is, that he can cause someone else to expressly say or fail to say something that constitutes commission of a crime as though he had said or failed to say something himself?

18. Provided the Government proves the defendant's guilt beyond a reasonable doubt, would anything you might learn about the defendant concerning such things as age, health, religious affiliation, family circumstances, or occupation prevent you from finding the defendant guilty?

19. The law does not require the United States to prove the guilt of a defendant beyond all possible doubt. The law recognizes that the human mind can always conceive of some doubt as to any proposition. Is there anyone who will require the United States to prove its case beyond all doubt before he or she could vote for a guilty verdict?

20. Does any member of the panel have difficulty hearing or seeing to such a degree that they have had a hard time hearing or seeing me?

21. Does any member of the panel or a loved one have a surgery planned over the next 10 working days?

22. Does any member of the panel have nonrefundable flights purchased for a trip over the next 10 working days?

23.     Is English anyone's second language and had a hard time understanding or responding to my questions?

24.     Have any of you ever heard of or had any involvement with of the following person or entities (if yes then inquire as to nature and scope):

(a) Deeproot

(b) Policy Services, Inc.

25.     Does any member of the panel feel for any reason they cannot give the United States or the Defendant a fair trial for any reason.

Dated this the 27$^h$ day of March 2026.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

_____
WILLIAM R. HARRIS
Assistant United States Attorney
Ohio State Bar No. 0017818
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7100
Bill.harris@usdoj.gov

_____/s/_____
ALICIA McNAB
Assistant United States Attorney
Texas State Bar No. 24103867
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Alicia.mcnab@usdoj.gov

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the Counsel of Record in this matter:

H. Jay Hulings

_____/s/_____
WILLIAM R. HARRIS
Assistant U.S. Attorney