UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ‖ | |
| v. | ‖ | CRIMINAL NO. SA 24 CR 563 XR |
| ROBERT JEFFREY MUELLER | ‖ | |

**GOVERNMENT'S WITNESS LIST**

It is anticipated that the Government may call one or more of the following witnesses in its case in chief in the above-styled and numbered cause.  The Government may not call all of the listed witnesses but has included potential witnesses and/or parties known at this time so that the Court and/or the parties may inquire of any associations with the jury in the event the witnesses are called. The following list does not necessarily include rebuttal witnesses that the Government may call.

1. Scott Allen

2. Thomas Andrew

3. Nathan Spradlin

4. Michael Spotofora

5. Greg Minear

6. Matthew MacVane

7. Darryl Stein

8. Jennifer Kinard

9. Darryl Kinard

10. Brad Leon

11. Mark Zabinski

12. Special Agent Brandon Kight, Federal Bureau of Investigations, Financial Analyst

13. James Donnelly

14. Jonmark Richardson

15. Deborah Belinowiz

16. Joann Wells

17. David Burke

18. Paula Burke

19. Special Agent Tyler Kennedy, Federal Bureau of Investigations

20. Pauline Rubin

21. Gary Marburger

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

_____

WILLIAM R. HARRIS
Assistant United States Attorney
Ohio State Bar No. 0017818
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7100
Bill.harris@usdoj.gov

_____/s/_____

ALICIA McNAB
Assistant United States Attorney
Texas State Bar No. 24103867
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Alicia.mcnab@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Government's Witness List will be served electronically using the CM/ECF System on all counsel of record this 27th day of March 2026.

WILLIAM R. HARRIS
Assistant United States Attorney
Ohio State Bar No. 0017818
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7100
Bill.harris@usdoj.gov