**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | **Case No.: 5:24-CR-563-XR** |
| v. | § § | |
| ROBERT JEFFREY MUELLER, | § § § | |
| Defendants. | § § § | |

**DEFENDANT'S PROPOSED VOIR DIRE**

Pursuant to Federal Rule of Criminal Procedure 24, Defendant Robert Jeffrey Mueller ("**Mr. Mueller**") submits the following case-specific *voir dire* questions that Mr. Mueller requests the Court ask prospective jurors:

1. It is anticipated this trial may take up to three weeks. Would it be too inconvenient for any of you, because of your job or other personal reasons, to serve on this jury and to concentrate on the trial and its proceedings with your full attention?

2. Do you have difficulty reading or understanding the English language?

3. Do you know or recognize any of the following individuals:

   - Robert Jeffrey Mueller

   - Dennis Concilla

   - Craig Rushforth

   - FBI Special Agent/Financial Analyst Brandon Kight

   - FBI Special Agent Tyler Kennedy

   - Jon Mark Richardson

   - Eric Dandrich

- Brad Leon

- Jennifer Kinard

- Greg Minear

- Thomas Andrew

- Paula Burke

- David Burke

- Darryl Stein

- Nathan Spradlin

- Matthew McVane

- Joann Wells

- John Gray

- Michael Spotofora

- Mark Zabinski

- Deborah Belinowiz

- Scott Allen

- James Donnelly

- Keith Henderson

- Pauline Rubin

- Charles Walker

- Darryl Kinard

- Gary Marburger

4.    Do you know or recognize any of the attorneys in this courtroom?

5.    Have you or any member of your family been the victim of a financial crime, such

as fraud or theft?

6.    Have you or any member of your family served in law enforcement? If you answered yes, please identify the family member, agency, and time period in which you / they served.

7.    Do you, or does anyone close to you, have any experience, education, training, or a job in any of the following areas?

- Securities/Investments;
- Life Insurance;
- Accounting;
- Starting or operating a business; and/or
- Law, Law Enforcement, Corrections, Court System.

If you answered yes, please describe your experience.

8.    Have you ever invested in a financial market (e.g., stocks, bonds, mutual funds, securities, etc.) or directly in a business (e.g., direct ownership of company stock, interest in a partnership, etc.)?  If so, please describe your investments.

9.    Do you consider yourself to be a "sophisticated" investor?

10.    Have you ever had a negative experience with investing?  If so, please describe your experience.

11.    In your opinion, is the U.S. Government doing enough to protect investors?

12.    Have you or anyone close to you been the subject of an enforcement action by the SEC or other government agency, IRS investigation, collection action, penalty, tax lien, or seizure of assets or property?

13.    What are your feelings about the following statement: "All investments involve some degree of risk?"  Please select the answer that applies best:

- Strongly agree?
- Agree somewhat?

- Strongly disagree?
- Disagree somewhat?
- Not Sure/Cannot say?

14.    When deciding whether to invest in a particular company, stock, or other financial instrument, which of the following would you rely on the most:

- Company documents stating the specific terms of the investment offering?
- Advice from a third-party such as an investment/financial advisor?
- The reputation of the company in which you are investing?
- Your own independent research on the investment?
- Advertisements (newspaper, radio, website, mailings)?
- Gut instincts?

15.    What are your feelings about the following statement: "People are always responsible for the consequences of their actions/decisions when investing their money."

16.    What are your feelings about the following statement: "There is too much government regulation these days."

17.    People have strong feelings about investments and people that solicit investments. Some people believe that if they lose all their money in an investment, the person that solicited the investment should be held responsible.  Who does this describe?  Please explain.

18.    Who believes that if a business fails, the business managers should be held responsible?

19.    Who has heard of the phrase "head start?" This case has been brought by the United States Department of Justice.  As U.S. citizens, some people tend to believe allegations made by the government as opposed to by individuals and therefore the government might have a "head start" in this case before the trial begins.  Who does this describe? Please explain.

20.    Most of us are familiar with the "duty to serve" as jurors - there is also a "duty to not serve."  For example, some people, because of their own history and experiences, have such strong feelings when hearing the word "fraud" that they could not be impartial in a case dealing

with an alleged scheme to defraud, whereas they could be impartial in other types of cases, such as a car wreck or a medical malpractice case.  Who feels they would have a duty not to serve as a juror in a case alleging an alleged fraud scheme?

21.     Would you hold it against the defendant in any way if he did not testify at this trial?

22.     During this trial, you may hear testimony about other matters involving the defendant that are not the subject of the Indictment. Would that information affect your ability to be fair and impartial in this case?

23.     Do you believe that someone may be a licensed attorney and yet not know they are committing a crime?

24.     Do you know what pinball is?

25.     Is there anything we have not asked you about that you believe would prevent you from serving as a fair and impartial juror, and therefore disqualify you from service in this case? If so, please describe the reason or issue.

DATED: March 27, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ H. Jay Hulings*
Jason M. Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
E-mail: jhulings@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395
*Attorneys for Defendant*
*Robert Jeffrey Mueller*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 27, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings