# Exhibit C

# deeproot®

*Achieving your Goals with deeproot®'s Reg 506(b) Class B Share Offerings*

© 2013-2020+ deeproot® Capital Management, LLC    Compliance Approved Presentation    Rev. 2020-CB-3A

CONFIDENTIAL    DEEPROOT FUNDS_005713



EXHIBIT
4
HO-14036



DANDRIDGE
EXHIBIT
4
Victoria L. Valine, CSR, RMR, CRR
Stenographic Court Reporter
Texas CSR No. 11743    9/22/2022

# Disclaimers

- All material contained herein is proprietary and confidential.  No copying or use without the prior written consent of deeproot Funds, LLC.

- All securities either require a FINRA license or a permissible exception thereto for solicitation.

- All securities require accredited investor or limited suitability qualifications.

- All securities offered are not reinsured or backed by FDIC or SIPC.

- All securities are subject to loss of principal or interest.  All security terms and provisions are subject to change at any time.  Historical or stated returns are not necessarily indicative of future results.

- Nothing contained herein is an offer to solicit or to purchase any services or products offered by any entities referenced. Qualification and restrictions apply may apply to any incentives, funds or programs discussed. No for public dissemination.

- deeproot® and/or the deeproot® logo are registered marks with the USPTO of deeproot Capital Management, LLC

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2019-C-01A

CONFIDENTIAL                    DEEPROOT FUNDS_005714

# The deeproot® Story

- ☐ Only 'Two'-of-a-Kind in the World
- ☐ Easy to Understand/Easy to Explain
- ☐ Safety by Design
- ☐ Equity Design

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005715

# Strategic Purposes

- **<u>Retail Funding Rationale</u>** (Above market return to Investors, Funding of profitable projects for us)

- **<u>Diversification</u>** (Family of Companies, Blend of Risk, Terms, Returns)

- **<u>Innovation Re-defined</u>** (Multiple Industries, Each Venture unlike any Others)

- **<u>Stay Strong</u>** (>$60MM AUM, No External Debt or Leveraging against Assets)

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005716

# Portfolio Makeup

- ☐ Minimum 50% Institutional Life Policies
- ☐ < 50%
  - **deeproot Tech** (M&E Engineers, Software, Techs, Prototyping)
  - **deeproot Pinball** (Pinball Re-defined for the next 100 years)
  - **deeproot Studios** (Art, Animation, AR/VR, Cinematic FX, Video games)
  - **deeproot Sports & Entertainment** (Minor league team and venue management)
  - **Real Estate, Agriculture and Mining Interests**



**Q2 2019 PORTFOLIO**

Life Policies ■ Studios ■ Tech
Real Estate ■ Agriculture ■ Sports

8%   1%  1%
22%
54%
14%

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005717

# Performance

## Policies

- 21 Policies @ ~$25MM
- Avg LE = 6 Years
- Underwriting @ LE+1 to LE+2
- 82% Historical IRR

## Pinball

- Texas
- Pre-Revenue
- 3 years R&D
- Launch Mar 2020
- Invested Capital
- 1st Yr anticipated revenues > $20MM

## Media

- Salt Lake City
- ~3.8MM in revenues since Nov 2018
- 3 mature animation pipelines
- 9 projects in the pipeline

## S&E

- Projects in 5 markets and 3 minor league sports underway
- Anticipated first revenues Q3 2020

© 2013-2020+ deeproot® Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005718

# Track Record

- ☐ 8 Years in Business
- ☐ 6 Years of Offering Investment Funds
- ☐ Over 300 investors
- ☐ Multi-Asset, Multi-Industry Diversification
- ☐ Clean regulatory record
- ☐ No external leveraging or debt on assets

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005719

# Two Funds / Three Investments



CONFIDENTIAL          DEEPROOT FUNDS_005720



## the575™

*deeproot 575 Fund, LLC – Version 506(c) Class B Share*

© 2013-2020+ deeproot® Capital Management, LLC     Compliance Approved Presentation     Rev. 2020-CB-3A

CONFIDENTIAL     DEEPROOT FUNDS_005721

Short Term, Fixed Rate

# the575™

☐ **5** years

☐ **7**% *equiv* simple deferred annual return

**OR**

☐ **5**% annualized, monthly payments

Your Choice

© 2013-2020+ deeproot Capital Management, LLC       Compliance Approved Presentation       Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005722

Bonus Opportunities

# the575™

- If BD/RIA aggregate < $350k
  - 575-D: 35% lump sum capital gain at maturity (7%/annum equiv)
  - 575-P: 5% annualized monthly income
- If BD/RIA aggregate $350k+
  - 575-D: 45% lump sum capital gain at maturity (9%/annum equiv)
  - 575-P: 7% annualized monthly income
- Annuity Replacement Program
  - Held on deeproot's books as a cash obligation at maturity (and not BD/RIA)
  - Must meet ARP requirements (see form on deeprootfunds.com)
- Incentives
  - Offered occasionally and paid for by deeproot

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005723



**dGRD**

*deeproot Growth Runs Deep Fund, LLC – Version 506(b) Class B Share*

© 2013-2020+ deeproot® Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                              DEEPROOT FUNDS_005724

# dGRD

- ## All about maximizing Growth
  - Fairer/Shorter (Fair Queue System)
  - Safe (Diversified Pool of Policies)

- ## Superior, Proprietary Design
  - Aggressive Growth Fund model
  - Cheaper (Premiums are covered)
  - More Profitable (Predetermined 52.5% Return)

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                                    DEEPROOT FUNDS_005725



FIFO Queue = Conceptual Conveyor Belt



© 2013-2020+ deeproot Capital Management, LLC    Compliance Approved Presentation    Rev. 2020-CB-3A

CONFIDENTIAL    DEEPROOT FUNDS_005726





## Hypothetical FIFO Queue Example – Before Payout



EXAMPLE

If a $275,000 policy matures, after Payout:

- Investor A receives $152,500.00 for QP 1-4
- Investor B receives $70,531.25 for QP 5-6
- Investor C receives $38,125.00 for QP 7
- QP 8+ advance in same order and are renumbered 1… to end

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                          DEEPROOT FUNDS_005727



## Annuity Replacement

*When an annuity goes south, there are options...*

© 2013-2020+ deeproot® Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005728

# Annuity Replacement Program



- Held on deeproot's books as a cash obligation at maturity
- Surrender charge reimbursement
  - 10% or less if under $350k of SV; or
  - 15% or less if $350k of SV or over
- Must meet ARP requirements (see form on deeprootfunds.com)
- Calculators on AnnuityTriage.com

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                                    DEEPROOT FUNDS_005729



## Fees – Reg 506(b) Class B Shares

*How to legally earn a Fee or Commission*

© 2013-2020+ deeproot® Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL          DEEPROOT FUNDS_005730

# Ways to Earn a Fee

- Series 7 Broker (BD)
  - Commission if approved by BD on platform or OBA
- Series 65 IAR (RIA)
  - Either Finder Fee or AUM (billed outside of fund)
- Finder Fee (Limited)
  - Fee only if compliant with company and regulatory rules

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                    DEEPROOT FUNDS_005731

# Finder Fee Rules

- All solicitation must come from deeproot®
- Video conference(s) directly between deeproot® and investor will be required
- Minimum investment
  - $100,000 for dGRD
  - $50,000 for the575™
- Finder may maintain relationship (i.e. clerical duties)
  - Following up (but not answering questions)
  - Simple paperwork
  - Service forms
- Finder fees must be disclosed to client/investor in writing

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                              DEEPROOT FUNDS_005732

# Commissions / Fees

- dGRD
  - Commission: 8%
  - Fee: By Contract
- the575™
  - Commission: 7%
  - Fee: By Contract

© 2013-2020+ deeproot Capital Management, LLC    Compliance Approved Presentation    Rev. 2020-CB-3A

CONFIDENTIAL    DEEPROOT FUNDS_005733



# The Process – Reg 506(b) Class B Shares

*How to invest with us*

© 2013-2020+ deeproot® Capital Management, LLC　　　Compliance Approved Presentation　　　Rev. 2020-CB-3A

CONFIDENTIAL　　　　　DEEPROOT FUNDS_005734

# Required Reading

- Private Placement Memorandum ("PPM")
  - Describes the offering terms, renewal rights, risks, premiums, fees, expenses, etc.
  - Details Allocations to Underlying Assets
  - Discloses duties deeproot® owes each Investor
  - Ends with an easy-to-understand FAQ

© 2013-2020+ deeproot Capital Management, LLC  Compliance Approved Presentation  Rev. 2020-CB-3A

CONFIDENTIAL  DEEPROOT FUNDS_005735

# Solicitation

- 506(b) Private Equity Funds
  - No public solicitation is permitted
  - Accredited and (limited # of) Non-Accredited Investors
  - Private solicitation is permitted with pre-qualification and approved materials (compliance-approved presentations are available)
- 506(c) Private Equity Funds
  - Limited and truthful public solicitation is permitted
  - Accredited Investors only
  - Pre-qualification and approved materials for 506(c) version (compliance-approved presentations are available)
  - the575.com

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL                              DEEPROOT FUNDS_005736

# Accredited Status

- Must be an Accredited Investor
  - Net worth (either individually or with spouse, if any) including investments in all property or other assets, excluding primary residence, is > $1 million.
  - Individual annual income was in excess of $200,000 in each of the two most recent years and expectation of similar income in the current year.
  - Joint income was in excess of $300,000 in each of the two most recent years and expectation of similar income in the current year.
  - Legal entities: All equity owners meet at least one of the three tests listed above.

- All agents, brokers, advisors, etc. must certify that it has verified status by financials and/or documents

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL          DEEPROOT FUNDS_005737

# Process

- ☐ Pre-qualification form or FOLIO platform
  - ☐ http://deeprootfunds.com/pre-qualify
- ☐ Fund Choice(s)
- ☐ Receive, Review, Complete, and Submit App
- ☐ Submit or Transfer Principal Opening Balance
- ☐ Investment Position is Established
- ☐ Investment Matures

© 2013-2020+ deeproot Capital Management, LLC          Compliance Approved Presentation          Rev. 2020-CB-3A

CONFIDENTIAL          DEEPROOT FUNDS_005738

# Thank You!
## deeproot Funds, LLC

12621 Silicon Dr
San Antonio, TX, 78249

(888) 519-9416

http://deeprootfunds.com
contact@deeprootadvisors.com

Direct (888) 316-2935
Nathan Spradlin      x105
Scott Allen          x108

deeproot® Presentation

©2013-2020+ deeproot Capital Management, LLC

CONFIDENTIAL

DEEPROOT FUNDS_005739