**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | |
| **v.** | **Case No.:  5:24-CR-00563-XR** |
| **ROBERT JEFFREY MUELLER** | |
| **Defendant** | |

**DEFENDANT'S UNOPPOSED MOTION TO SET RESPONSE AND REPLY
DEADLINES**

TO THE HONORABLE COURT:

Defendant Robert Jeffrey Mueller ("**Mr. Mueller**") files this Unopposed Motion to Set

Response and Reply Deadlines (the "**Motion**") and in support would respectfully show:

1.      The Indictment against Mr. Mueller was filed on November 6, 2024..

2.      On October 24, 2025, the Court entered a Scheduling Order, which set the date for

entry of a plea agreement for March 20, 2026, for the filing of motions in limine for March 27,

2026, for jury selection and trial for April 13, 2026. *See* ECF No. 31.

3.      The Superseding Indictment against Mr. Mueller was filed on March 19, 2026. *See*

ECF No. 39.

4.      On March 27, 2026, the Government filed its Omnibus Motion *in Limine* (ECF No.

53, the "**Government's MIL**") and Mr. Mueller filed his Motion in Limine (ECF No. 61,

"**Defendant's MIL**").

5.      On April 1, 2026, the Court entered an Order Amending Scheduling Order, which

set the date for entry of a plea agreement for July 24, 2026, for the filing of new motions in limine

for July 31, 2026, and for jury selection and trial for August 17, 2026. *See* ECF No. 63.

6. On April 6, 2026, at a hearing before the Court, counsel for the parties agreed that it would be beneficial for the parties to complete briefing on the already filed motions in limine, despite the new trial date.

7. On April 9, 2026, the Government filed its Response to Defendant's Motion *in Limine*. *See* ECF No. 65.

8. To give Mr. Mueller additional time to evaluate the Government's MIL and Government's Response to Defendant's MIL and to draft appropriate briefs in response, Mr. Mueller respectfully requests the Court set a deadline of April 23, 2026, for Mr. Mueller to file a Response to the Government's MIL and a Reply regarding the Defendant's MIL.

9. This Motion is not made for purposes of delay but so that justice can be done.

10. Undersigned counsel has conferred with counsel for the Government, who is not opposed to the relief requested herein.

11. For the foregoing reasons, Mr. Mueller respectfully requests the Court grant this Motion and set the deadline for Mr. Mueller to file a Response to the Government's MIL and a Reply regarding the Defendant's MIL for April 23, 2026.

DATED: April 16, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ H. Jay Hulings*
    Jason M. Davis
    State Bar No. 00793592
    Email: jdavis@dslawpc.com
    H. Jay Hulings
    State Bar No. 24104573
    E-mail: jhulings@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

*Attorneys for Defendant*
*Robert Jeffrey Mueller*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant has conferred with Mr. William Harris, counsel for United States of America, and confirmed that this Motion is unopposed.

*/s/ H. Jay Hulings*
H. Jay Hulings

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings