### ND IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | |
| **v.** | **Case No.:  5:24-CR-00563-XR** |
| **ROBERT JEFFREY MUELLER** | |
| **Defendant** | |

### [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SET RESPONSE AND REPLY DEADLINES

On this date the Court considered the Defendant's Unopposed Motion to Set Response and Reply Deadlines (the "Motion").  The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The deadline for Defendant to file a Response to the Government's Omnibus Motion *in Limine* and a Reply Regarding Defendant's Motion *in Limine* shall be April 23, 2026.

SIGNED this _____ day of _____, 2026.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE