**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | |
| **v.** | **Case No.:  5:24-CR-00563-XR** |
| **ROBERT JEFFREY MUELLER** | |
| **Defendant** | |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION *IN LIMINE***

On this date, the Court considered the Defendant's Motion *in Limine*, the Government's Response, and the Defendant's Reply (the "Motion").  The Court finds that the Motion should be GRANTED. On each matter, the Court ORDERS as follows:

a.  Exclude testimony regarding statements by "finders" that cannot be attributed to Mr. Mueller.

_____          _____
**Granted**                        **Denied**

b.  Exclude any evidence of alleged false statements or material omissions to investors that are not relevant to the alleged scheme to defraud.

_____          _____
**Granted**                        **Denied**

c.  Exclude testimony by Thomas Andrew.

_____          _____
**Granted**                        **Denied**

d.  Exclude any testimony regarding the collateral effects of the losses suffered by investors.

**Granted**                **Denied**

e.  Prohibit Government counsel or its witnesses from using the terms "victim" or "victim investors" before the jury.

**Granted**                **Denied**

f.  Prohibit Government counsel's or its witnesses' use of the terms "Ponzi" or "Ponzi-like" in reference to monthly payments to investors in the 575 Fund.

**Granted**                **Denied**

g.  Exclude any evidence regarding the manner in which Defendant spent the salary or non-payroll compensation received from Deeproot.

**Granted**                **Denied**

h.  Require the Government to provide advanced notice of what portions of Defendant's deposition testimony it intends to rely on in its case-in-chief.

**Granted**                **Denied**

i.  Prohibit the use of expert opinion testimony.

**Granted**                **Denied**

        j.        Prohibit the introduction of allegations, Orders, or Agreements from the SEC Case or Adversary Case.

_____        _____

**Granted**             **Denied**

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____

THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE