UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:24-CR-00563(1)-XR |
| vs. | § | |
| | § | |
| (1) Robert Jeffrey Mueller | § | |
| *Defendant* | | |

## ORDER SETTING ARRAIGNMENT

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

**ARRAIGNMENT, before United States Magistrate Judge Kelly G. Stephenson in**

**Courtroom D  on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva**

**Street, San Antonio, TX , on Wednesday, June 17, 2026 at 3:00 PM**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to

the defendant, counsel for defendant, the U.S. Attorney, U.S. Pretrial Services, and the U.S.

Probation Office. Further, counsel for the defendant shall notify the defendant of this setting.

A defendant entering a plea of not guilty who wishes to waive personal appearance at the
arraignment, is excused from appearing, as is the attorney, if the enclosed waiver is executed and
signed by both the defendant and the attorney of record, and filed with the Clerk.

**If the defendant is on bond**, defense counsel must advise defendant that, unless

excused by the Court, he/she must be present at the United States Courthouse, 262 W. Nueva

Street, San Antonio, TX, 78207 at the place and time set  for arraignment.

**IT IS SO ORDERED** this **9th day of June, 2026.**

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| *P*laintiff, | § | |
| vs. | § | No.:  SA:24-CR-00563(1)-XR |
| | § | |
| (1) Robert Jeffrey Mueller | § | |
| Defendant, | § | |

**FORM NOTICE TO:**
   **(A)    WAIVE PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTER
            PLEA OF NOT GUILTY, OR ALTERNATIVELY PROVIDE STATEMENT
            REGARDING CONSENT TO ARRAIGNMENT BY VIDEO
            TELECONFERENCE;**

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY
OF PLEA OF NOT GUILTY**

**NOW COMES** Defendant in the above-referenced case who, along with his/her undersigned

attorney, hereby acknowledges the following:


   1.    Defendant has received a copy of the charging document in this case.
   2.    Defendant has read the charging document or had it read to him/her.
   3.    Defendant understands he/she has the right to appear personally with his/her attorney
before a Judge for Arraignment in open Court on this accusation. Defendant further understands
that, absent the present waiver, he/she will be so arraigned in open Court.

   Defendant, having conferred with his/her attorney in this regard, hereby waives personal

appearance with his/her attorney at the arraignment of this case and the reading of the charging

document and, by this instrument, tenders his/her plea of "not guilty". The defendant understands

that entry by the Court of said plea for defendant will conclude the arraignment in this case for all

purposes. Defendant request the Court accept his/her waiver of appearance and enter a plea of

"not guilty."


_____          _____
**Date**                                               **Defendant**

                                            _____
                                            **Name of Attorney for Defendant (Print)**

_____          _____
**Date**                                               **Signature of Attorney for Defendant**

**IF A WAIVER FORM IS NOT SUBMITTED, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

---

**STATEMENT REGARDING CONSENT TO ARRAIGNMENT BY
VIDEO TELECONFERENCE**

The U.S. Magistrate Judge may conduct arraignment by video teleconference if the defendant consents. *See* FED. R. CRIM. P. 10(c).

**PLEASE INDICATE YOUR CONSENT OR NON-CONSENT TO AN ARRAIGNMENT BY VIDEO TELECONFERENCE BELOW:**

_____    I CONSENT TO ARRAIGNMENT BY VIDEO TELECONFERENCE

_____    I DO NOT CONSENT TO ARRAIGNMENT BY VIDEO TELECONFERENCE

| | |
|---|---|
| **Date** | **Defendant** |
| | **Name of Attorney for Defendant (Print)** |
| **Date** | **Signature of Attorney for Defendant** |

**NO RESPONSE OR OMISSION OF THIS PAGE WILL BE INTERPRETED AS AN INDICATION THAT THE DEFENDANT INTENDS TO CONSENT TO THE MAGISTRATE JUDGE CONDUCTING THE ARRAIGNMENT BY VIDEO TELECONFERENCE.**