UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

USA §
*Plaintiff,* §
§　　No.:SA:24-CR-00563(1)-XR
vs. §
§
(1) Robert Jeffrey Mueller §
*Defendant,* §

## ORDER ACCEPTING WAIVER OF
## PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by

defendant and defendant's attorney, in which defendant affirms:

1.　Defendant has received a copy of the charging document;
2.　Defendant has read the charging document or had it read to him/her;
3.　Defendant understands that he/she has the right to personally appear at arraignment; and
4.　Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the

waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

**IT IS SO ORDERED** this **16th day of June, 2026**.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE**
**JUDGE**