# Exhibit B

# Initiate Business Checking<sup>SM</sup>

April 30, 2021 ▪ Page 1 of 5



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |



# IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,910.29 |
| Deposits/Credits | 903,780.56 |
| Withdrawals/Debits | - 728,843.03 |
| **Ending balance on 4/30** | **$176,847.82** |

Account number: **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

April 30, 2021  ▪  Page 2 of 5



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Online Transfer From Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B66Lrvn on 04/01/21 | 9,000.00 | | 10,910.29 |
| 4/2 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210402 31907 Deeproot Tech, LLC | | 144.00 | |
| 4/2 | | Citi Card Online Payment 210401 430394384930188 Robert J Mueller | | 8,000.00 | 2,766.29 |
| 4/6 | | Financeit Inc Corp Pay 210406 Deeproot Tech | 9,133.07 | | |
| 4/6 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0B79Q52V on 04/06/21 | 70,000.00 | | |
| 4/6 | | WF Direct Pay-Payment- UT Tech Ste 402 Monthly Rent to Avantlink-Tran ID Dp97846021 | | 9,133.08 | 72,766.28 |
| 4/7 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B7Grwwb on 04/07/21 | | 2,900.00 | |
| 4/7 | | WF Direct Pay-Payment- Rent for 12269 Silicon and Wmm UT Rent-Tran ID Dp97916745 | | 18,795.90 | |
| 4/7 | | Citi Card Online Payment 210406 430398713304408 Robert J Mueller | | 49,000.00 | 2,070.38 |
| 4/8 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 4/8 | | Direct Pay Nonwf Bus Pymt Trans | | 9.00 | |
| 4/8 | | Direct Pay Monthly Base | | 10.00 | 2,048.38 |
| 4/12 | | Crb Bluevine Sba Loan Deeproot Tech, LLC | 759,917.00 | | |
| 4/12 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0B8H55Tr on 04/12/21 | 34,000.00 | | |
| 4/12 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0B8H5Cky on 04/12/21 | 9,000.00 | | |
| 4/12 | | Online Transfer From Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0B8Hbkb9 on 04/12/21 | 2,730.49 | | |
| 4/12 | | WF Direct Pay-Payment- Underage of Opex for Ste 10 Utah Rent-Tran ID Dp98197483 | | 2,730.49 | |
| 4/12 | | WF Direct Pay-Payment- Gunn Lee Cave Inv-Tran ID Dp98197485 | | 11,000.00 | |
| 4/12 | | WF Direct Pay-Payment- Turner Logic Pmt Through Apr 2021-Tran ID Dp98197487 | | 32,761.50 | |
| 4/12 | | State Auto Cos. E-Pay 210412 CI00080475 Deeproot Capital Manag | | 262.58 | |
| 4/12 | < | Business to Business ACH Debit - The Hartford Nwtbclscic 15555183 Deeproot Tech | | 2,086.92 | 758,854.38 |
| 4/13 | | Online Transfer to Dprt Funds LLC Ref #Ib0B8Mpt5R Business Checking Payroll Onpay Required By Wire Plus Other | | 277,269.52 | 481,584.86 |
| 4/14 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0B8Vknhn on 04/14/21 | 10,000.00 | | |
| 4/14 | < | Business to Business ACH Debit - Payroll Center Payrollts 210414 31907 Deeproot Tech, LLC | | 18,869.23 | |
| 4/14 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210414 31907 Deeproot Tech, LLC | | 59,458.80 | 413,256.83 |
| 4/15 | | Citi Card Online Payment 210414 430405553435322 Robert J Mueller | | 10,000.00 | 403,256.83 |
| 4/20 | < | Business to Business ACH Debit - Payroll Center Payroll 210420 31907 Deeproot Tech, LLC | | 1,799.99 | 401,456.84 |
| 4/26 | | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bccpt5J on 04/26/21 | | 91,000.00 | 310,456.84 |
| 4/27 | | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bchknkm on 04/27/21 | | 12,000.00 | 298,456.84 |
| 4/28 | < | Business to Business ACH Debit - Payroll Center Payrollts 210428 31907 Deeproot Tech, LLC | | 221.36 | |

April 30, 2021  ▪  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/28 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210428 31907 Deeproot Tech, LLC | | 1,144.96 | |
| 4/28 | < | Business to Business ACH Debit - Payroll Center Payrollts 210428 31907 Deeproot Tech, LLC | | 18,050.60 | |
| 4/28 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210428 31907 Deeproot Tech, LLC | | 59,166.37 | 219,873.55 |
| 4/29 | | WF Direct Pay-Payment- Wmm UT Rent-Tran ID Dp99308611 | | 10,845.13 | |
| 4/29 | | WF Direct Pay-Payment- Playlife Licensing Monthly Fee-Tran ID Dp99314693 | | 5,000.00 | |
| 4/29 | | WF Direct Pay-Payment- UT Tech Ste 402 Monthly Rent to Avantlink-Tran ID Dp99314697 | | 9,133.08 | |
| 4/29 | | WF Direct Pay-Payment- 12669 Silicon Dr Mon Rent-Tran ID Dp99314703 | | 8,266.98 | |
| 4/29 | < | Business to Business ACH Debit - City Public Srv Cps Webpmt 042621 M-000000145629 Deeproot Tech | | 2,197.64 | |
| 4/29 | 1185 | Check | | 7,060.96 | 177,369.76 |
| 4/30 | | WF Direct Pay-Payment- Wmm Opex 2020 UT Office Shortage-Tran ID Dp99499691 | | 521.94 | 176,847.82 |
| **Ending balance on 4/30** | | | | | **176,847.82** |
| **Totals** | | | **$903,780.56** | **$728,843.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written     (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|------|------|------|
| 1185 | 4/29 | 7,060.96 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $1,000.00 | $245,558.00 ☑ |
| ·  Minimum daily balance | $500.00 | $2,048.38 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 29 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

April 30, 2021  ▪  Page 4 of 5



**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

April 30, 2021  ▪  Page 5 of 5



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                                $ _____
your account which are not                                $ _____
shown on your statement.                              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

May 31, 2021 ▪ Page 1 of 4



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $176,847.82 |
| Deposits/Credits | 235,200.00 |
| Withdrawals/Debits | - 410,949.58 |
| **Ending balance on 5/31** | **$1,098.24** |

Account number:  **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

May 31, 2021 ▪ Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/4 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210504 31907 Deeproot Tech, LLC | | 148.00 | |
| 5/4 | | Citi Card Online Payment 210503 420422123462290 Robert J Mueller | | 5,000.00 | 171,699.82 |
| 5/6 | | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bfnxsfv on 05/06/21 | | 171,000.00 | |
| 5/6 | | Scratch Services EDI Pymnts 3D240Bcd3990CA Deeproot Tech, LLC | | 51.44 | 648.38 |
| 5/10 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 5/10 | | Direct Pay Monthly Base | | 10.00 | |
| 5/10 | | Direct Pay Nonwf Bus Pymt Trans | | 15.00 | 620.38 |
| 5/12 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bgt6P7Q on 05/12/21 | 78,000.00 | | |
| 5/12 | < | Business to Business ACH Debit - Payroll Center Payrollts 210512 31907 Deeproot Tech, LLC | | 18,394.87 | |
| 5/12 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210512 31907 Deeproot Tech, LLC | | 59,168.40 | 1,057.11 |
| 5/13 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bh2935N on 05/13/21 | 1,700.00 | | |
| 5/13 | | State Auto Cos. E-Pay 210512 CI00080475 Deeproot Capital Manag | | 685.58 | |
| 5/13 | | Citi Card Online Payment 210512 420429807601373 Robert J Mueller | | 2,000.00 | 71.53 |
| 5/24 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bkbrgrk on 05/24/21 | 72,000.00 | | |
| 5/24 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bkbt3Pj on 05/24/21 | 5,500.00 | | |
| 5/24 | 1187 | Check | | 587.16 | |
| 5/24 | | American Express ACH Pmt 210524 M1370 Deeproot Tech LLC Deep | | 71,232.61 | 5,751.76 |
| 5/25 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bkkvk65 on 05/25/21 | 78,000.00 | | |
| 5/25 | | Citi Card Online Payment 210524 430440119493333 Robert J Mueller | | 5,000.00 | |
| 5/25 | 1186 | Check | | 665.08 | 78,086.68 |
| 5/26 | < | Business to Business ACH Debit - Payroll Center Payrollts 210526 31907 Deeproot Tech, LLC | | 17,913.34 | |
| 5/26 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210526 31907 Deeproot Tech, LLC | | 56,894.30 | 3,279.04 |
| 5/28 | | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bl8D68T on 05/28/21 | | 500.00 | |
| 5/28 | < | Business to Business ACH Debit - Payroll Center Payroll 210528 31907 Deeproot Tech, LLC | | 1,680.80 | 1,098.24 |
| **Ending balance on 5/31** | | | | | **1,098.24** |
| **Totals** | | | **$235,200.00** | **$410,949.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

May 31, 2021 ▪ Page 3 of 4



---

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1186 | 5/25 | 665.08 | 1187 | 5/24 | 587.16 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $31,433.00 ☑ |
| · Minimum daily balance | $500.00 | $71.53 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 16 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

May 31, 2021 ▪ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

June 30, 2021 ▪ Page 1 of 5



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |



# IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $1,098.24 |
| Deposits/Credits | 385,500.03 |
| Withdrawals/Debits | - 386,272.72 |
| **Ending balance on 6/30** | **$325.55** |

Account number:  **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

June 30, 2021 ▪ Page 2 of 5



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|---------|---------|---------|
| 6/1 | | Online Transfer to Deeproot 575 Fund, LLC Business Checking xxxxxx8673 Ref #Ib0Bm34Hyp on 06/01/21 | | 14.00 | |
| 6/1 | | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bm34Ldb on 06/01/21 | | 100.00 | 984.24 |
| 6/2 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3099 Ref #Ib0Bmb8Kmy on 06/02/21 | | 50.00 | |
| 6/2 | | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bmb8Ngh on 06/02/21 | | 50.00 | |
| 6/2 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210602 31907 Deeproot Tech, LLC | | 140.00 | 744.24 |
| 6/3 | | WT Seq206942 Dynamic Web Source, Inc /Org=Dynamic Web Source, Inc. Srf# Gw00000042398089 Trn#210603206942 Rfb# 254 | 9,133.08 | | |
| 6/3 | | Wire Trans Svc Charge - Sequence: 210603206942 Srf# Gw00000042398089 Trn#210603206942 Rfb# 254 | | 15.00 | 9,862.32 |
| 6/8 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bnn9Yxy on 06/08/21 | 79,000.00 | | |
| 6/8 | | Direct Pay WF Business Pymt Trans | | 6.00 | |
| 6/8 | | Direct Pay Nonwf Bus Pymt Trans | | 9.00 | |
| 6/8 | | Direct Pay Monthly Base | | 10.00 | 88,837.32 |
| 6/9 | | Frost Bank Intd Deeproot Tech, | 200.00 | | |
| 6/9 | | Citi Card Online Payment 210608 430453282851010 Robert J Mueller | | 6,000.00 | |
| 6/9 | < | Business to Business ACH Debit - Payroll Center Payrollts 210609 31907 Deeproot Tech, LLC | | 19,445.37 | |
| 6/9 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210609 31907 Deeproot Tech, LLC | | 61,807.31 | 1,784.64 |
| 6/11 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bpc33Gj on 06/11/21 | 130,000.00 | | |
| 6/11 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bpch9Sf on 06/11/21 | 24,500.00 | | |
| 6/11 | | WF Direct Pay-Payment- Rent x 2 Plus Playlife-Tran ID Dp02312504 | | 24,112.11 | |
| 6/11 | | American Express ACH Pmt 210611 M9324 Deeproot Tech LLC Deep | | 73,423.90 | 58,748.63 |
| 6/14 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bpv4Rtq on 06/14/21 | 34,000.00 | | |
| 6/14 | | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bprycxz on 06/14/21 | | 350.00 | |
| 6/14 | | WF Direct Pay-Payment- Gunn Lee Cave Inv-Tran ID Dp02397620 | | 18,000.00 | |
| 6/14 | | WF Direct Pay-Payment- Turner Logic Pmt-Tran ID Dp02397622 | | 22,502.50 | |
| 6/14 | | State Auto Cos. E-Pay 210611 CI00080475 Deeproot Capital Manag | | 1,179.33 | |
| 6/14 | | Citi Card Online Payment 210611 430455873171114 Robert J Mueller | | 50,000.00 | 716.80 |
| 6/16 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bqcr3Zz on 06/16/21 | 17,000.00 | | 17,716.80 |
| 6/17 | | Mobile Deposit : Ref Number :208170939455 | 200.00 | | |
| 6/17 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bqjd8Qr on 06/17/21 | 4,300.00 | | |
| 6/17 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bqjdbhx on 06/17/21 | 1,000.00 | | 23,216.80 |
| 6/18 | | Online Transfer to Deeproot Pinball, LLC Business Checking xxxxxx5571 Ref #Ib0Bqrb3Vx on 06/18/21 | | 18,000.00 | |

June 30, 2021 ■ Page 3 of 5



---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/18 | | Online Transfer to Deeproot Bonusgrowth 5 Year Debentur Business Checking xxxxxx1016 Ref #Ib0Bqrbdw9 on 06/18/21 | | 20.00 | |
| 6/18 | < | Business to Business ACH Debit - City Public Srv Cps Webpmt 061521 M-000000148469 Deeproot Tech | | 4,871.25 | 325.55 |
| 6/22 | | Online Transfer From Dprt Funds LLC Business Checking xxxxx2385 Ref #Ib0Brm2Q25 on 06/22/21 | 86,166.95 | | 86,492.50 |
| 6/23 | < | Business to Business ACH Debit - Payroll Center Payrollts 210623 31907 Deeproot Tech, LLC | | 20,475.22 | |
| 6/23 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210623 31907 Deeproot Tech, LLC | | 65,691.73 | 325.55 |
| **Ending balance on 6/30** | | | | | **325.55** |
| **Totals** | | | **$385,500.03** | **$386,272.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $15,082.00 ☑ |
| · Minimum daily balance | $500.00 | $325.55 ☐ |
| C1/C1 | | |

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 21 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

June 30, 2021  ▪  Page 4 of 5



 IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Effective May 28, 2021, the following fees were eliminated and there is no longer a charge for these services: audit confirmation, credit inquiry, coin deposited per bag, and document copy. Thank you for banking with Wells Fargo. We appreciate your business.

June 30, 2021 ▪ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                     $ _____
your account which are not                 $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

July 31, 2021 ▪ Page 1 of 4



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $325.55 |
| Deposits/Credits | 126,135.49 |
| Withdrawals/Debits | - 126,347.36 |
| **Ending balance on 7/31** | **$113.68** |

Account number:   **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

July 31, 2021 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/2 | | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Btt4Z8F on 07/02/21 | | 30.00 | |
| 7/2 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210702 31907 Deeproot Tech, LLC | | 152.00 | 143.55 |
| 7/7 | | Frost Bank Intd Deeproot Tech, | 400.00 | | |
| 7/7 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bvskbcz on 07/07/21 | 82,000.00 | | |
| 7/7 | < | Business to Business ACH Debit - Payroll Center Payrollts 210707 31907 Deeproot Tech, LLC | | 19,476.39 | |
| 7/7 | < | Business to Business ACH Debit - Payroll Center Payrolldds 210707 31907 Deeproot Tech, LLC | | 61,940.63 | 1,126.53 |
| 7/9 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 7/9 | | Direct Pay Monthly Base | | 10.00 | |
| 7/9 | | Direct Pay Nonwf Bus Pymt Trans | | 12.00 | 1,101.53 |
| 7/12 | | Payroll Center Payroll 210712 31907 Deeproot Tech, LLC | 35.49 | | |
| 7/12 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Bws7Rjm on 07/12/21 | 2,200.00 | | |
| 7/12 | | State Auto Cos. E-Pay 210712 CI00080475 Deeproot Capital Manag | | 1,179.33 | |
| 7/12 | < | Business to Business ACH Debit - The Hartford Nwtbclscic 15555183 Deeproot Tech | | 2,086.92 | 70.77 |
| 7/22 | | Online Transfer From Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Byyn4Cv on 07/22/21 | 1,500.00 | | |
| 7/22 | | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2385 Ref #Ib0Byynknv on 07/22/21 | 40,000.00 | | |
| 7/22 | | WF Direct Pay-Payment- Tran ID Dp04957754 | | 41,447.09 | 123.68 |
| 7/30 | | Monthly Service Fee | | 10.00 | 113.68 |
| **Ending balance on 7/31** | | | | | **113.68** |
| **Totals** | | | **$126,135.49** | **$126,347.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2021 - 07/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $276.00 ☐ |
| · Minimum daily balance | $500.00 | $70.77 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

July 31, 2021 ▪ Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

July 31, 2021  ▪  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into                $ _____
your account which are not                $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount $** |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

August 31, 2021 ▪ Page 1 of 4



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |



# IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $113.68 |
| Deposits/Credits | 11,725.00 |
| Withdrawals/Debits | - 1,063.00 |
| **Ending balance on 8/31** | **$10,775.68** |

Account number:  **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

August 31, 2021  ▪  Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210803 31907 Deeproot Tech, LLC | | 148.00 | -34.32 |
| 8/4 | | Overdraft Fee for a Transaction Posted on 08/03 $148.00 Onpay Inc Payrollfee 210803 31907 Deeproot Tech, LLC | | 35.00 | |
| 8/4 | | Online Transfer From Dprt Funds LLC Business Checking xxxxx2385 Ref #Ib0C3TF7Pp on 08/04/21 | 70.00 | | 0.68 |
| 8/9 | | Direct Pay Monthly Base | | 10.00 | |
| 8/9 | | Direct Pay Nonwf Bus Pymt Trans | | 12.00 | -21.32 |
| 8/16 | | NSF Return Item Fee for a Transaction Received on 08/13 $1,179.33 State Auto Cos. E-Pay 210812 CI00080475 Deeproot Capital Manag | | 35.00 | -56.32 |
| 8/30 | | WT Fed#00526 Jpmorgan Chase Ban /Org=Paul A Witt OR Caroline P Witt Srf# 3106551242Es Trn#210830018999 Rfb# Poh of 21/08/30 | 11,655.00 | | |
| 8/30 | | Wire Trans Svc Charge - Sequence: 210830018999 Srf# 3106551242Es Trn#210830018999 Rfb# Poh of 21/08/30 | | 15.00 | |
| 8/30 | | Online Transfer to Deeproot Pinball, LLC Business Checking xxxxx5571 Ref #Ib0C9Cwvc2 on 08/30/21 | | 58.00 | |
| 8/30 | | Online Transfer Ref #Ib0C9Cwx24 to BusinessLine Line of Credit Xxxxxxxxxxxx3787 on 08/30/21 | | 660.00 | |
| 8/30 | | Online Transfer to Policy Services, Inc. Business Checking xxxxx8487 Ref #Ib0C9Cwymh on 08/30/21 | | 80.00 | 10,785.68 |
| 8/31 | | Monthly Service Fee | | 10.00 | 10,775.68 |
| **Ending balance on 8/31** | | | | | **10,775.68** |
| **Totals** | | | **$11,725.00** | **$1,063.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Items returned unpaid**

| Date | Description | Amount |
|---|---|---|
| 8/16 | State Auto Cos. E-Pay 210812 CI00080475 Deeproot Capital Manag  Reference #    021000022980997 | 1,179.33 |
| 8/27 | State Auto Cos. Retry Pymt 210812 CI00080475 Deeproot Capital Manag   Reference #    021000028548907 | 1,179.33 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2021 - 08/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $672.00 ☐ |
| · Minimum daily balance | $500.00 | -$56.32 ☐ |

August 31, 2021  ▪  Page 3 of 4



---

***Monthly service fee summary (continued)***
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

---

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**      (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

August 31, 2021 ▪ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount  $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

September 30, 2021  ▪  Page 1 of 4



DEEPROOT TECH, LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

---

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

---

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

September 30, 2021  ▪  Page 2 of 4



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $10,775.68 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 5,616.50 |
| **Ending balance on 9/30** | **$5,159.18** |

Account number:  **3079286575**

**DEEPROOT TECH, LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0C9TN6Hy on 09/01/21 | | 11.00 | |
| 9/1 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0C9TN7Sn on 09/01/21 | | 40.00 | 10,724.68 |
| 9/2 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Cb5B24S on 09/02/21 | | 160.00 | 10,564.68 |
| 9/3 | < | Business to Business ACH Debit - Onpay Inc Payrollfee 210903 31907 Deeproot Tech, LLC | | 36.00 | 10,528.68 |
| 9/9 | | Direct Pay Monthly Base | | 10.00 | 10,518.68 |
| 9/14 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Cdqts8P on 09/14/21 | | 1,600.00 | |
| 9/14 | | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Cdqttf6 on 09/14/21 | | 70.21 | |
| 9/14 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3099 Ref #Ib0Cdqtw7P on 09/14/21 | | 74.29 | |
| 9/14 | | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8487 Ref #Ib0Cdqtyk2 on 09/14/21 | | 115.00 | |
| 9/14 | | Online Transfer Ref #Ib0Cdqv9N4 to Business Card Xxxxxxxxxxxx4603 on 09/14/21 | | 3,500.00 | 5,159.18 |
| **Ending balance on 9/30** | | | | | **5,159.18** |
| **Totals** | | | **$0.00** | **$5,616.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $7,492.00 ☑ |
| · Minimum daily balance | $500.00 | $5,159.18 ☑ |

C1/C1

September 30, 2021  ▪  Page 3 of 4



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

September 30, 2021  ▪  Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into                   $ _____
your account which are not                   $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801