# Exhibit C

# Analyzed Business Checking

Account number:  **9688682385**  ▪  March 17, 2021 - April 16, 2021  ▪  Page 1 of 5



DPRT FUNDS LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
 **1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
       P.O. Box 6995
       Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9688682385 | $372,915.12 | $2,122,554.73 | -$2,371,987.84 | $123,482.01 |

# Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/17 | 20,809.74 | Mobile Deposit : Ref Number :112170015343 |
| | | **$20,809.74** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/19 | 279,138.20 | WT Seq166566 Golden Hands /Org= Srf# 0068404077093664 Trn#210319166566 Rfb# |
| | 03/25 | 250,000.00 | WT Fed#05169 Td Bank, NA /Org=Matthew Macvane Srf# 210325143332Xi01 Trn#210325157732 Rfb# Tkoy-Bzfnj5 |
| | 04/02 | 189,555.07 | WT Fed#00173 Community National /Org=Cnb FBO Mark Zabinski IRA Srf# 040221 Sbl000173 Trn#210402084382 Rfb# Purchase |
| | 04/06 | 499,332.20 | WT Fed#00112 Community National /Org=Cnb FBO Janice M Arbogast IRA Srf# 040621 Sbl000112 Trn#210406085214 Rfb# Purchase |
| | 04/08 | 450,000.00 | Deposit Made In A Branch/Store |
| | 04/12 | 150,000.00 | WT Fed#04100 Bank of America, N /Org=Charles E Walker Srf# 2021041200458251 Trn#210412167754 Rfb# Pqwytx8Fk |
| | 04/13 | 277,269.52 | Online Transfer From Deeproot Tech, LLC Ref #Ib0B8Mpt5R Business Checking Payroll Onpay Required By Wire Plus Other |
| | 04/14 | 6,450.00 | WT Seq159807 WF Return Wires IN Proc /Org= Srf# 2021041300144871 Trn#210414159807 Rfb# |
| | | **$2,101,744.99** | **Total electronic deposits/bank credits** |
| | | **$2,122,554.73** | **Total credits** |

(808)

Account number: **9688682385** ▪ March 17, 2021 - April 16, 2021 ▪ Page 2 of 5



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/17 | 37,500.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0B2Yh2FC on 03/17/21 |
| | 03/17 | 79,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B2Yhcpt on 03/17/21 |
| | 03/17 | 45,050.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B2Yhtnh on 03/17/21 |
| | 03/19 | 231,767.15 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B3Kfw4K on 03/19/21 |
| | 03/19 | 150,000.00 | WT Fed#08785 Broadway National /Ftr/Bnf=Bingham & Lea PC IOLTA Account Srf# Gw00000040606403 Trn#210319200348 Rfb# 180 |
| | 03/19 | 18,250.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B3Lzjf9 on 03/19/21 |
| | 03/19 | 7,500.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B3M24Ck on 03/19/21 |
| | 03/19 | 13,250.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0B3M2Dlm on 03/19/21 |
| | 03/19 | 7,750.00 | WT 210319-203953 Bank of America, NE /Bnf=Umg Recordings Inc Srf# Bravado Licensin Trn#210319203953 Rfb# 181 |
| | 03/23 | 8,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B49Z2Lx on 03/23/21 |
| | 03/23 | 21,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B49Zd7S on 03/23/21 |
| | 03/26 | 25,550.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B4WF69K on 03/26/21 |
| | 03/26 | 9,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B4Y7V6T on 03/26/21 |
| | 03/26 | 82,351.32 | WF Direct Pay-Payment- Various Q 575P Pmts to Cnb-Tran ID Dp97156057 |
| | 03/26 | 833.33 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp97156063 |
| | 03/26 | 1,166.67 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp97156059 |
| | 03/26 | 6,489.20 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp97156061 |
| | 03/26 | 45,787.90 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp97156065 |
| | 03/31 | 84,203.97 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B5Tgyvf on 03/31/21 |
| | 03/31 | 32,133.06 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0B5Tgzsr on 03/31/21 |
| | 03/31 | 12,800.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B5th45F on 03/31/21 |
| | 04/01 | 20.00 | Online Transfer to Wizard Mode Media, LLC Business Checking xxxxxx9298 Ref #Ib0B66Lfn7 on 04/01/21 |
| | 04/01 | 18.50 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3081 Ref #Ib0B66Lhz6 on 04/01/21 |
| | 04/02 | 22,250.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B6K279K on 04/02/21 |
| | 04/05 | 250.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0B73Ndst on 04/05/21 |

Account number:  **9688682385**  ▪  March 17, 2021 - April 16, 2021  ▪  Page 3 of 5



---

### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/06 | 70,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B79Q52V on 04/06/21 |
| | 04/06 | 52,418.41 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B79Q8Vh on 04/06/21 |
| | 04/06 | 74,788.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0B79V36L on 04/06/21 |
| | 04/06 | 254,757.34 | WT Fed#00280 Community National /Ftr/Bnf=Community National Bank Srf# Gw00000040990756 Trn#210406106033 Rfb# 182 |
| | 04/06 | 34,622.98 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8487 Ref #Ib0B79Zc7P on 04/06/21 |
| | 04/06 | 6,281.13 | WT Fed#05886 PNC Bank N.A. /Ftr/Bnf=Suzohapp Americas LLC Srf# Gw00000040997374 Trn#210406146045 Rfb# 184 |
| | 04/06 | 8,268.75 | WT Fed#05885 1St State Bank/Mid /Ftr/Bnf=Poly Electronics Srf# Gw00000040998159 Trn#210406148846 Rfb# 187 |
| | 04/06 | 14,188.89 | WT Fed#05887 West Suburban Bank /Ftr/Bnf=Acme Design Inc Srf# Gw00000040997862 Trn#210406147060 Rfb# 185 |
| | 04/06 | 7,729.54 | WT 210406-147530 Fifth Third Bank, N /Bnf=American Graphic Systems Srf# Gw00000040997816 Trn#210406147530 Rfb# 186 |
| | 04/06 | 22,500.00 | WT Fed#05888 PNC Bank N.A. /Ftr/Bnf=Belford Electronics Inc Srf# Gw00000040998441 Trn#210406152034 Rfb# 189 |
| | 04/06 | 62,989.25 | WT Fed#05889 Associated Bank, N /Ftr/Bnf=Elite Manufacturing Technologies IN Srf# Gw00000040998056 Trn#210406150733 Rfb# 188 |
| | 04/07 | 23,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3081 Ref #Ib0B7Gsqs9 on 04/07/21 |
| | 04/12 | 303.18 | Client Analysis Srvc Chrg 210409 Svc Chge 0321 000009688682385 |
| | 04/12 | 28.00 | Online Transfer to Deeproot 575 Fund, LLC Business Checking xxxxxx8673 Ref #Ib0B8G5T5N on 04/12/21 |
| | 04/12 | 34,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B8H55Tr on 04/12/21 |
| | 04/12 | 9,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B8H5Cky on 04/12/21 |
| | 04/12 | 100,200.00 | WF Direct Pay-Payment- Maturity Ip25093 Teresa Tunstall-Tran ID Dp98193505 |
| | 04/13 | 144,769.52 | WT Fed#03882 Atlantic Capital B /Ftr/Bnf=Onpay Inc Srf# Gw00000041142511 Trn#210413046713 Rfb# 191 |
| | 04/13 | 10,000.00 | WT Fed#03971 Regions Bank /Ftr/Bnf=Superfici America, Inc Srf# Gw00000041142864 Trn#210413047289 Rfb# 192 |
| | 04/13 | 29,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B8Mqrdx on 04/13/21 |
| | 04/13 | 6,525.00 | WT Fed#08305 Citibank (Hong Kon /Ftr/Bnf=Deze Technology CO Limited Srf# Gw00000041147580 Trn#210413084371 Rfb# 194 |
| | 04/13 | 5,950.00 | WT 210413-085700 Zhejiang Chouzhou C /Bnf=Chen Xiaoqian Srf# Gw00000041147762 Trn#210413085700 Rfb# 195 |
| | 04/13 | 6,500.00 | WT Fed#07973 Jpmorgan Chase Ban /Ftr/Bnf=David Smith Srf# Gw00000041148487 Trn#210413088141 Rfb# 196 |
| | 04/13 | 132,500.00 | WT Fed#09030 Texas Capital Bank /Ftr/Bnf=Multicam, Inc Srf# Gw00000041147321 Trn#210413081239 Rfb# 193 |

Account number: **9688682385** ▪ March 17, 2021 - April 16, 2021 ▪ Page 4 of 5



---

### *Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/13 | 9,500.00 | WT Fed#09216 Jpmorgan Chase Ban /Ftr/Bnf=Keith Parkins Srf# Gw00000041149267 Trn#210413093740 Rfb# 198 |
| | 04/13 | 13,890.00 | WT 210413-093170 Australia and NEW Z /Bnf=Kwstantinos Manios Srf# Gw00000041149213 Trn#210413093170 Rfb# 197 |
| | 04/13 | 85,050.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0B8Nqhfw on 04/13/21 |
| | 04/13 | 9,995.00 | WT Fed#00787 Huntington Nationa /Ftr/Bnf=Anthony P Daley Srf# Gw00000041149631 Trn#210413098124 Rfb# 200 |
| | 04/13 | 14,645.00 | WT 210413-096157 Bnp Paribas Paris /Bnf=Monsieur Mehdy Hadibi Srf# Gw00000041149402 Trn#210413096157 Rfb# 199 |
| | 04/13 | 4,250.00 | WT Seq143732 Christopher C Booberg /Bnf=Christopher Booberg Srf# Gw00000041157773 Trn#210413143732 Rfb# 201 |
| | 04/14 | 10,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0B8Vknhn on 04/14/21 |
| | 04/15 | 164,646.75 | WT Fed#00448 Broadway National /Ftr/Bnf=Bingham & Lea PC IOLTA Account Srf# Gw00000041235094 Trn#210415209198 Rfb# 203 |
| | 04/16 | 7,750.00 | WT 210415-208338 Bank of America, NE /Bnf=Umg Recordings Inc Srf# Bravado Licensin Trn#210415208338 Rfb# 202 |
| | 04/16 | 20.00 | Online Transfer to Deeproot Growth Runs Deep Fund LLC Business Checking xxxxxx1354 Ref #Ib0B9Djs55 on 04/16/21 |
| | | **$2,371,987.84** | **Total electronic debits/bank debits** |
| | | **$2,371,987.84** | **Total debits** |

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/16 | 372,915.12 | 03/31 | 3,480.46 | 04/08 | 488,284.94 |
| 03/17 | 232,174.86 | 04/01 | 3,441.96 | 04/12 | 494,753.76 |
| 03/19 | 82,795.91 | 04/02 | 170,747.03 | 04/13 | 299,448.76 |
| 03/23 | 53,795.91 | 04/05 | 170,497.03 | 04/14 | 295,898.76 |
| 03/25 | 303,795.91 | 04/06 | 61,284.94 | 04/15 | 131,252.01 |
| 03/26 | 132,617.49 | 04/07 | 38,284.94 | 04/16 | 123,482.01 |
| | **Average daily ledger balance** | | **$192,168.19** | | |

---

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

Account number: **9688682385**  ▪  March 17, 2021 - April 16, 2021  ▪  Page 5 of 5



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **9688682385**  ▪  April 17, 2021 - May 18, 2021  ▪  Page 1 of 3



DPRT FUNDS LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
 **1-800-CALL-WELLS**  (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (308)
P.O. Box 6995
Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9688682385 | $123,482.01 | $933,409.89 | -$1,055,045.67 | $1,846.23 |

# Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/21 | 143,299.30 | WT Fed#05908 Jpmorgan Chase Ban /Org=Gwendolyn H Barze Srf# 3419031111Es Trn#210421222693 Rfb# Dcd of 21/04/21 |
| | 04/26 | 91,000.00 | Online Transfer From Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bccpt5J on 04/26/21 |
| | 04/27 | 12,000.00 | Online Transfer From Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bchknkm on 04/27/21 |
| | 04/29 | 29,000.00 | WT Fed#01842 Bankunited /Org=Clarence Henderson Srf# 210429W114035883 Trn#210429101190 Rfb# |
| | 04/29 | 110,000.00 | WT Fed#01013 We Florida Financi /Org=C Kenneth Henderson Srf# 8 Trn#210429126823 Rfb# |
| | 04/30 | 11,000.00 | Online Transfer From Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bd9Nyy3 on 04/30/21 |
| | 05/06 | 171,000.00 | Online Transfer From Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bfnxsfv on 05/06/21 |
| | 05/06 | 75,160.00 | Online Transfer From Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bfnxwrc on 05/06/21 |
| | 05/10 | 240,950.59 | WT Fed#00741 We Florida Financi /Org=C Kenneth Henderson Srf# 7 Trn#210510099883 Rfb# |
| | 05/11 | 50,000.00 | Deposit Made In A Branch/Store |
| | | **$933,409.89** | **Total electronic deposits/bank credits** |
| | | **$933,409.89** | **Total credits** |

(808)

Account number: **9688682385** ▪ April 17, 2021 - May 18, 2021 ▪ Page 2 of 3



## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/19 | 6,450.00 | WT 210419-169226 Royal Bank of Canad /Bnf=David L. Smith Srf# Gw00000041299804 Trn#210419169226 Rfb# 204 |
| | 04/20 | 20.00 | Online Transfer to Deeproot Bonusgrowth 5 Year Debentur Business Checking xxxxxx1016 Ref #Ib0Bb4Zgp2 on 04/20/21 |
| | 04/20 | 8,450.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bb55N85 on 04/20/21 |
| | 04/22 | 31,492.66 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bbj99J3 on 04/22/21 |
| | 04/22 | 100,000.00 | WT Fed#06995 Jpmorgan Chase Ban /Ftr/Bnf=Edward Jones Srf# Gw00000041379626 Trn#210422088043 Rfb# 205 |
| | 04/22 | 41,000.00 | WT Fed#07089 Regions Bank /Ftr/Bnf=Superfici America, Inc Srf# Gw00000041379751 Trn#210422088789 Rfb# 206 |
| | 04/23 | 256.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bbrmvdf on 04/23/21 |
| | 04/26 | 17,750.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bc9Hjpz on 04/26/21 |
| | 04/26 | 6,518.52 | Online Transfer Ref #Ib0Bc9Hlgt to Business Card Xxxxxxxxxxxx4603 on 04/26/21 |
| | 04/26 | 1,166.67 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp99080263 |
| | 04/26 | 1,996.41 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp99080269 |
| | 04/26 | 8,197.53 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp99080267 |
| | 04/26 | 87,550.86 | WF Direct Pay-Payment- Various Q 575P Pmts to Cnb-Tran ID Dp99080265 |
| | 04/26 | 46,400.94 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp99080321 |
| | 04/27 | 12,500.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bchkprh on 04/27/21 |
| | 04/30 | 150,000.00 | WT Fed#08594 Community National /Ftr/Bnf=Community National Bank Srf# Gw00000041614477 Trn#210430306998 Rfb# 207 |
| | 05/06 | 161,950.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bfnxy2C on 05/06/21 |
| | 05/06 | 83,250.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8487 Ref #Ib0Bfnxztf on 05/06/21 |
| | 05/11 | 626.08 | Client Analysis Srvc Chrg 210510 Svc Chge 0421 000009688682385 |
| | 05/12 | 78,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bgt6P7Q on 05/12/21 |
| | 05/12 | 57,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bgt6Rzq on 05/12/21 |
| | 05/12 | 140,000.00 | WT 210512-105336 Bank of America, NE /Bnf=Jackson National Life Srf# Gw00000041852970 Trn#210512105336 Rfb# 209 |
| | 05/13 | 1,700.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bh2935N on 05/13/21 |
| | 05/14 | 20.00 | Online Transfer to Deeproot 3 Year Bonus Reset Business Checking xxxxxx1024 Ref #Ib0Bh96285 on 05/14/21 |

Account number: **9688682385** ▪ April 17, 2021 - May 18, 2021 ▪ Page 3 of 3



## Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/17 | 2,750.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bj23Vy4 on 05/17/21 |
| | 05/18 | 10,000.00 | WT Fed#07889 Customers Bank /Ftr/Bnf=Maillie LLP Srf# Gw00000041986802 Trn#210518087908 Rfb# 210 |
| | | **$1,055,045.67** | **Total electronic debits/bank debits** |
| | | **$1,055,045.67** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/16 | 123,482.01 | 04/26 | 531.72 | 05/11 | 291,316.23 |
| 04/19 | 117,032.01 | 04/27 | 31.72 | 05/12 | 16,316.23 |
| 04/20 | 108,562.01 | 04/29 | 139,031.72 | 05/13 | 14,616.23 |
| 04/21 | 251,861.31 | 04/30 | 31.72 | 05/14 | 14,596.23 |
| 04/22 | 79,368.65 | 05/06 | 991.72 | 05/17 | 11,846.23 |
| 04/23 | 79,112.65 | 05/10 | 241,942.31 | 05/18 | 1,846.23 |
| | **Average daily ledger balance** | | **$56,455.69** | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **9688682385**  ▪  May 19, 2021 - June 16, 2021  ▪  Page 1 of 4



DPRT FUNDS LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
 **1-800-CALL-WELLS**  (1-800-225-5935)

*Online:  wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (308)
       P.O. Box 6995
       Portland, OR  97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9688682385 | $1,846.23 | $2,636,031.21 | -$2,424,156.76 | $213,720.68 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/24 | 456,124.34 | WT Fed#00003 Community National /Org=Cnb FBO Fredrick P Franco IRA Srf# 052421 Sbl000003 Trn#210524051155 Rfb# Purchase |
| | 05/25 | 185,000.00 | Online Transfer From Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bkktxwk on 05/25/21 |
| | 05/28 | 500.00 | Online Transfer From Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0BI8D68T on 05/28/21 |
| | 06/01 | 100.00 | Online Transfer From Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bm34Ldb on 06/01/21 |
| | 06/02 | 296,702.10 | WT Fed#00259 Community National /Org=Cnb FBO Derek Pimble IRA Srf# 060221 Sbl000259 Trn#210602147937 Rfb# Purchase |
| | 06/08 | 9,350.00 | Online Transfer From Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bnn98D2 on 06/08/21 |
| | 06/11 | 120,000.00 | WT Seq111328 Debra Ament /Org= Srf# 0070953161470922 Trn#210611111328 Rfb# |
| | 06/11 | 1,000,000.00 | WT Fed#00216 Community National /Org=Cnb FBO Brad A Leon IRA Srf# 061121 Sbl000216 Trn#210611155705 Rfb# Purchase |
| | 06/11 | 400,318.78 | WT Fed#00220 Community National /Org=Cnb FBO Jennifer T Kindard IRA Srf# 061121 Sbl000220 Trn#210611155919 Rfb# Purchase |
| | 06/15 | 167,935.99 | WT Fed#00242 Community National /Org=Cnb FBO Paula Atkinson IRA Srf# 061521 Sbl000242 Trn#210615174647 Rfb# Purchase |
| | | **$2,636,031.21** | **Total electronic deposits/bank credits** |
| | | **$2,636,031.21** | **Total credits** |

(808)

Account number:  **9688682385**  ▪  May 19, 2021 - June 16, 2021  ▪  Page 2 of 4



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/24 | 72,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bkbrgrk on 05/24/21 |
| | 05/24 | 142,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bkbstnn on 05/24/21 |
| | 05/24 | 185,002.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bkbswnd on 05/24/21 |
| | 05/24 | 5,500.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bkbt3Pj on 05/24/21 |
| | 05/25 | 1,300.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bkks67C on 05/25/21 |
| | 05/25 | 7,288.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3099 Ref #Ib0Bkkstjf on 05/25/21 |
| | 05/25 | 78,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bkkvk65 on 05/25/21 |
| | 05/27 | 26.20 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bkv9Qtx on 05/26/21 |
| | 05/27 | 7,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8487 Ref #Ib0Bkyky3Q on 05/27/21 |
| | 05/27 | 1,166.67 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp01172148 |
| | 05/27 | 6,197.53 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp01172150 |
| | 05/27 | 48,400.94 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp01172152 |
| | 05/27 | 87,550.86 | WF Direct Pay-Payment- Various Q 575P Pmts to Cnb-Tran ID Dp01172154 |
| | 05/28 | 1,996.41 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp01364756 |
| | 06/01 | 22.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bm34Fy9 on 06/01/21 |
| | 06/01 | 100.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bm34N9Z on 06/01/21 |
| | 06/02 | 52,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bmddf4D on 06/02/21 |
| | 06/07 | 400.00 | WF Direct Pay-Payment- Partial to Daniel-Tran ID Dp01928154 |
| | 06/08 | 120,750.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bnn3C8N on 06/08/21 |
| | 06/08 | 31,851.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bnn9B7F on 06/08/21 |
| | 06/08 | 79,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bnn9Yxy on 06/08/21 |
| | 06/08 | 21,821.88 | WT Fed#07365 Jpmorgan Chase Ban /Ftr/Bnf=Forklift Select, LLC Srf# Gw00000042494464 Trn#210608182633 Rfb# 212 |
| | 06/11 | 123.23 | Client Analysis Srvc Chrg 210610 Svc Chge 0521 000009688682385 |
| | 06/11 | 185,206.44 | WT Fed#07297 Community National /Ftr/Bnf=Community National Bank Srf# Gw00000042589398 Trn#210611175626 Rfb# 213 |
| | 06/11 | 60,500.00 | WT Fed#07728 Newfirst National /Ftr/Bnf=Kenneth Martin Srf# Gw00000042589575 Trn#210611179612 Rfb# 215 |
| | 06/11 | 130,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bpc33Gj on 06/11/21 |

Account number: **9688682385** ▪ May 19, 2021 - June 16, 2021 ▪ Page 3 of 4



---

### *Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 87,969.26 | WT Seq177123 Mae W Spraker /Bnf=Robert Spraker Srf# Gw00000042589612 Trn#210611177123 Rfb# 214 |
| | 06/11 | 24,500.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bpch9SF on 06/11/21 |
| | 06/11 | 57,890.67 | WT Fed#01302 Arthur State Bank /Ftr/Bnf=Sean A. Belanger Srf# Gw00000042595118 Trn#210611205829 Rfb# 216 |
| | 06/11 | 23,375.00 | WF Direct Pay-Payment- Cnb Fees Q1 2021 Fees-Tran ID Dp02320518 |
| | 06/14 | 100,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bprykww on 06/14/21 |
| | 06/14 | 27,971.23 | WT 210614-124820 Bank of America, NE /Bnf=Warner Bros Consumer Products Inc Srf# Gw00000042611775 Trn#210614124820 Rfb# 217 |
| | 06/14 | 15,500.00 | WT 210614-131747 Bank of America, NE /Bnf=Umg Recordings Inc Srf# Bravado Licensin Trn#210614131747 Rfb# 218 |
| | 06/14 | 103,399.00 | WT Fed#03583 Regions Bank /Ftr/Bnf=Superfici America, Inc Srf# Gw00000042613654 Trn#210614139968 Rfb# 219 |
| | 06/14 | 5,000.00 | WT Fed#04260 Jpmorgan Chase Ban /Ftr/Bnf=Walt Disney Music Company Srf# Gw00000042614578 Trn#210614143249 Rfb# 220 |
| | 06/14 | 160,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bptzjrj on 06/14/21 |
| | 06/14 | 34,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bpv4Rtq on 06/14/21 |
| | 06/14 | 433,228.44 | WT Fed#09866 Simmons Bank /Ftr/Bnf=Premier Global Corporation Srf# Gw00000042622666 Trn#210614187121 Rfb# 221 |
| | 06/16 | 20.00 | Online Transfer to Deeproot Growth Runs Deep Fund LLC Business Checking xxxxxx1354 Ref #Ib0Bqblhfy on 06/16/21 |
| | 06/16 | 9,100.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bqbllvv on 06/16/21 |
| | 06/16 | 17,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bqcr3Zz on 06/16/21 |
| | | **$2,424,156.76** | **Total electronic debits/bank debits** |
| | | **$2,424,156.76** | **Total debits** |

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/18 | 1,846.23 | 06/01 | 19.96 | 06/11 | 951,003.36 |
| 05/24 | 53,468.57 | 06/02 | 244,722.06 | 06/14 | 71,904.69 |
| 05/25 | 151,880.57 | 06/07 | 244,322.06 | 06/15 | 239,840.68 |
| 05/27 | 1,538.37 | 06/08 | 249.18 | 06/16 | 213,720.68 |
| 05/28 | 41.96 | | | | |
| **Average daily ledger balance** | | | **$179,839.41** | | |

---

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to

Account number:  **9688682385**  ▪  May 19, 2021 - June 16, 2021  ▪  Page 4 of 4



10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# ☑ IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number: **9688682385** ▪ June 17, 2021 - July 19, 2021 ▪ Page 1 of 4



DPRT FUNDS LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9688682385 | $213,720.68 | $1,215,976.87 | -$1,370,102.86 | $59,594.69 |

# Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/17 | 170,000.00 | WT Fed#00226 Community National /Org=Cnb FBO Elisabeth A Rundstrom IRA Srf# 061721 Sbl000226 Trn#210617146874 Rfb# Purchase |
| | 06/17 | 200,000.00 | WT Fed#00225 Community National /Org=Cnb FBO Steven Sheldon IRA Srf# 061721 Sbl000225 Trn#210617146850 Rfb# Purchase |
| | 06/18 | 430,000.00 | WT Seq196218 Td Ameritrade Clearing /Org=Continuance Family Trust Ua Aug 10 Srf# Ec21061801102172 Trn#210618196218 Rfb# 22799658 |
| | 06/22 | 358,464.39 | WT Fed#00238 Community National /Org=Cnb FBO Patricia Beard IRA Srf# 062221 Sbl000238 Trn#210622150580 Rfb# Purchase |
| | 06/25 | 25,000.00 | WT Fed#01044 Bank Ozk /Org=Brenda J Jennings Srf# 0829072730497696 Trn#210625200977 Rfb# |
| | 07/07 | 32,512.48 | WT Fed#00159 Community National /Org=Cnb FBO Michael P Wolf IRA Srf# 070721 Sbl000159 Trn#210707112891 Rfb# Purchase |
| | **$1,215,976.87** | | **Total electronic deposits/bank credits** |
| | **$1,215,976.87** | | **Total credits** |

# Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/17 | 32,995.00 | WT 210617-070124 Fifth Third Bank, N /Bnf=Carlile Patchen & Murphy LLP Srf# Gw00000042696764 Trn#210617070124 Rfb# 222 |
| | 06/17 | 22,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bqhtn5S on 06/17/21 |

(808)

Account number:  **9688682385**  ▪  June 17, 2021 - July 19, 2021  ▪  Page 2 of 4



*Electronic debits/bank debits* *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/17 | 2,500.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bqhwcj9 on 06/17/21 |
| | 06/17 | 4,300.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bqjd8Qr on 06/17/21 |
| | 06/17 | 1,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bqjdbhx on 06/17/21 |
| | 06/21 | 65,377.74 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Brbvb3T on 06/21/21 |
| | 06/22 | 71,190.87 | WT Fed#00472 American Community /Ftr/Bnf=Pinball Life Inc Srf# Pinball Life Ord Trn#210622006288 Rfb# 223 |
| | 06/22 | 134,300.00 | WT Fed#00355 Texas Capital Bank /Ftr/Bnf=Multicam, Inc. Srf# Gw00000042790594 Trn#210622006331 Rfb# 225 |
| | 06/22 | 340,603.75 | WT Fed#02588 Jpmorgan Chase Ban /Ftr/Bnf=Edward Jones Srf# Gw00000042790591 Trn#210622006325 Rfb# 224 |
| | 06/22 | 86,166.95 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Brm2Q25 on 06/22/21 |
| | 06/22 | 28,950.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Brm2Rdx on 06/22/21 |
| | 06/22 | 60,366.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Brm36R8 on 06/22/21 |
| | 06/23 | 12,000.00 | WT Fed#01993 Jpmorgan Chase Ban /Ftr/Bnf=Paul Witt Srf# Gw00000042818631 Trn#210622186736 Rfb# 226 |
| | 06/24 | 147,574.81 | WT 210623-196220 Bank of America, NE /Bnf=Jackson National Life Srf# Gw00000042850441 Trn#210623196220 Rfb# 227 |
| | 06/25 | 1,166.67 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp03181492 |
| | 06/25 | 6,197.53 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp03181494 |
| | 06/25 | 92,208.00 | WF Direct Pay-Payment- Various Q 575P Pmts to Inv and Cnb-Tran ID Dp03181496 |
| | 06/25 | 47,838.44 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp03181498 |
| | 06/30 | 2,800.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0BT7Sb8F on 06/30/21 |
| | 07/01 | 264.00 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Bthmjkp on 07/01/21 |
| | 07/02 | 625.00 | WF Direct Pay-Payment- Various Nq 575P Pmts-Tran ID Dp03748160 |
| | 07/07 | 29,150.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0Bvsk92M on 07/07/21 |
| | 07/07 | 82,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bvskbcz on 07/07/21 |
| | 07/07 | 27,850.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Bvskfk9 on 07/07/21 |
| | 07/07 | 66,150.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8487 Ref #Ib0Bvsl5Yr on 07/07/21 |
| | 07/08 | 1,030.00 | WT Fed#04180 Jpmorgan Chase Ban /Ftr/Bnf=Cohne Kinghorn PC IOLTA Retainer Ac Srf# Gw00000043210797 Trn#210708143458 Rfb# 229 |
| | 07/12 | 434.10 | Client Analysis Srvc Chrg 210709 Svc Chge 0621 000009688682385 |
| | 07/12 | 2,200.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Bws7Rjm on 07/12/21 |

Account number:  **9688682385**  ▪  June 17, 2021 - July 19, 2021  ▪  Page 3 of 4



---

### *Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/12 | 830.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #lb0Bws7SD2 on 07/12/21 |
| | 07/15 | 14.00 | Online Transfer to Deeproot 575 Fund, LLC Business Checking xxxxxx8673 Ref #lb0Bxjzswn on 07/15/21 |
| | 07/15 | 20.00 | Online Transfer to Deeproot 3 Year Bonus Reset Business Checking xxxxxx1024 Ref #lb0Bxjztvx on 07/15/21 |
| | | **$1,370,102.86** | **Total electronic debits/bank debits** |
| | | **$1,370,102.86** | **Total debits** |

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/16 | 213,720.68 | 06/23 | 510,434.76 | 07/02 | 236,760.31 |
| 06/17 | 520,925.68 | 06/24 | 362,859.95 | 07/07 | 64,122.79 |
| 06/18 | 950,925.68 | 06/25 | 240,449.31 | 07/08 | 63,092.79 |
| 06/21 | 885,547.94 | 06/30 | 237,649.31 | 07/12 | 59,628.69 |
| 06/22 | 522,434.76 | 07/01 | 237,385.31 | 07/15 | 59,594.69 |
| | **Average daily ledger balance** | | **$282,103.52** | | |

---

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Account number: **9688682385** ▪ June 17, 2021 - July 19, 2021 ▪ Page 4 of 4



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **9688682385**  ▪  July 20, 2021 - August 17, 2021  ▪  Page 1 of 3



DPRT FUNDS LLC
12621 SILICON DR
SAN ANTONIO TX 78249-3447

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (308)
P.O. Box 6995
Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9688682385 | $59,594.69 | $123,134.53 | -$59,367.27 | $123,361.95 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/10 | 123,134.53 | WT Fed#00213 Community National /Org=Cnb FBO Diane L Wolf IRA Srf# 081021 Sbl000213 Trn#210810132487 Rfb# Purchase |
| | | **$123,134.53** | **Total electronic deposits/bank credits** |
| | | **$123,134.53** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/22 | 7,037.50 | Online Transfer to Dprt Funds LLC Business Checking xxxxxx2534 Ref #Ib0Byymd4J on 07/22/21 |
| | 07/22 | 12,000.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx8461 Ref #Ib0Byyn2MT on 07/22/21 |
| | 07/22 | 40,000.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0Byynknv on 07/22/21 |
| | 08/04 | 70.00 | Online Transfer to Deeproot Tech, LLC Business Checking xxxxxx6575 Ref #Ib0C3TF7Pp on 08/04/21 |
| | 08/04 | 30.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3099 Ref #Ib0C3TF96H on 08/04/21 |
| | 08/04 | 104.00 | Online Transfer to Deeproot Studios, LLC Business Checking xxxxxx6415 Ref #Ib0C3Tfbdm on 08/04/21 |
| | 08/04 | 14.00 | Online Transfer to Policy Services, Inc. Business Checking xxxxxx3081 Ref #Ib0C3Tfcxf on 08/04/21 |

(808)

Account number: **9688682385** ▪ July 20, 2021 - August 17, 2021 ▪ Page 2 of 3



---

### *Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/04 | 20.00 | Online Transfer to Wizard Mode Media, LLC Business Checking xxxxxx9298 Ref #Ib0C3Tffvb on 08/04/21 |
| | 08/11 | 91.77 | Client Analysis Srvc Chrg 210810 Svc Chge 0721 000009688682385 |
| | | **$59,367.27** | **Total electronic debits/bank debits** |
| | | **$59,367.27** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/19 | 59,594.69 | 08/04 | 319.19 | 08/11 | 123,361.95 |
| 07/22 | 557.19 | 08/10 | 123,453.72 | | |
| | **Average daily ledger balance** | **$38,459.84** | | | |

---

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**        (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.