# Exhibit F

Form **941 for 2021:** Employer's QUARTERLY Federal Tax Return

(Rev. June 2021)

Department of the Treasury — Internal Revenue Service

951121

OMB No. 1545-0029

**Employer identification number** (EIN)  8 3 – 2 6 6 6 2 8 3

**Name** (not your trade name)  deeproot Studios, LLC

**Trade name** (if any)

**Address**  PO Box 691610
Number            Street            Suite or room number

San Antonio    TX    78269
City            State    ZIP code

Foreign country name        Foreign province/county        Foreign postal code

**Report for this Quarter of 2021**
(Check one.)

☐ **1:** January, February, March

☒ **2:** April, May, June

☐ **3:** July, August, September

☐ **4:** October, November, December

Go to *www.irs.gov/Form941* for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:    Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) | 1 | 9 |
| 2 | Wages, tips, and other compensation | 2 | 210154.76 |
| 3 | Federal income tax withheld from wages, tips, and other compensation | 3 | 24662.00 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | ☐ | Check and go to line 6. |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages* | 210154.76 | × 0.124 = | 26059.19 | |
| 5a (i) | Qualified sick leave wages* | 0.00 | × 0.062 = | 0.00 | |
| 5a (ii) | Qualified family leave wages* | 0.00 | × 0.062 = | 0.00 | |
| 5b | Taxable social security tips | 0.00 | × 0.124 = | 0.00 | |
| 5c | Taxable Medicare wages & tips | 210154.76 | × 0.029 = | 6094.49 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | 0.00 | × 0.009 = | 0.00 | |

*Include taxable qualified sick and family leave wages for leave taken after March 31, 2021, on line 5a. Use lines 5a(i) and 5a(ii) **only** for wages paid after March 31, 2020, for leave taken before April 1, 2021.*

| | | | |
|---|---|---|---|
| 5e | Total social security and Medicare taxes. Add Column 2 from lines 5a, 5a(i), 5a(ii), 5b, 5c, and 5d | 5e | 32153.68 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) | 5f | . |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f | 6 | 56815.68 |
| 7 | Current quarter's adjustment for fractions of cents | 7 | −0.10 |
| 8 | Current quarter's adjustment for sick pay | 8 | 0.00 |
| 9 | Current quarter's adjustments for tips and group-term life insurance | 9 | 0.00 |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 | 10 | 56815.58 |
| 11a | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11a | . |
| 11b | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 | 11b | 0.00 |
| 11c | Nonrefundable portion of employee retention credit | 11c | 0.00 |

▶ **You MUST complete all three pages of Form 941 and SIGN it.**

Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**    Cat. No. 17001Z    Form **941** (Rev. 6-2021)

951221

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| deeproot Studios, LLC | 83-2666283 |

**Part 1:**     Answer these questions for this quarter. *(continued)*

**11d**    Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . .   **11d**   | 0.00

**11e**    Nonrefundable portion of COBRA premium assistance credit (see instructions for applicable quarters) . . . . . . . . . . . . . . . . . . . . . . . .   **11e**   | .

**11f**    Number of individuals provided COBRA premium assistance

**11g**    **Total nonrefundable credits.** Add lines 11a, 11b, 11c, 11d, and 11e . . . . . . . . . .   **11g**   | 0.00

**12**    **Total taxes after adjustments and nonrefundable credits.** Subtract line 11g from line 10 .   **12**   | 56815.58

**13a**    Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter   **13a**   | 56815.58

**13b**    Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . .   **13b**   | .

**13c**    Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . .   **13c**   | 0.00

**13d**    Refundable portion of employee retention credit . . . . . . . . . . . . . . .   **13d**   | 0.00

**13e**    Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . .   **13e**   | 0.00

**13f**    Refundable portion of COBRA premium assistance credit (see instructions for applicable quarters) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **13f**   | .

**13g**    **Total deposits and refundable credits.** Add lines 13a, 13c, 13d, 13e, and 13f . . . . .   **13g**   | 56815.58

**13h**    Total advances received from filing Form(s) 7200 for the quarter . . . . . . . . . .   **13h**   | 0.00

**13i**    **Total deposits and refundable credits less advances.** Subtract line 13h from line 13g . . . .   **13i**   | 56815.58

**14**    **Balance due.** If line 12 is more than line 13i, enter the difference and see instructions . . .   **14**   | 0.00

**15**    **Overpayment.** If line 13i is more than line 12, enter the difference  | 0.00 | Check one: ☐ Apply to next return.   ☐ Send a refund.

**Part 2:**     Tell us about your deposit schedule and tax liability for this quarter.

If you're unsure about whether you're a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

**16**   Check one:   ☐   **Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter.** If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you're a monthly schedule depositor, complete the deposit schedule below; if you're a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

       ☐   **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

          Tax liability:   Month 1   | .

                    Month 2   | .

                    Month 3   | .

          Total liability for quarter   | .    **Total must equal line 12.**

       ☒   **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941. Go to Part 3.

▶ **You MUST complete all three pages of Form 941 and SIGN it.**     Next ▶

        Form **941** (Rev. 6-2021)

CLIENT COPY — DO NOT FILE

31908
951921

| **Name** *(not your trade name)* | **Employer identification number (EIN)** |
|---|---|
| deeproot Studios, LLC | 83-2666283 |

**Part 3:   Tell us about your business. If a question does NOT apply to your business, leave it blank.**

17  If your business has closed or you stopped paying wages . . . . . . . . . . . . . .  ☐ Check here, and

enter the final date you paid wages [  /    /    ] ; also attach a statement to your return. See instructions.

18a  If you're a seasonal employer and you don't have to file a return for every quarter of the year . . .  ☐ Check here.

18b  If you're eligible for the employee retention credit solely because your business is a recovery startup business  ☐ Check here.

19  Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021  **19**  ☐ 0 ▪ 00

20  Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021  **20**  ☐ 0 ▪ 00

21  Qualified wages for the employee retention credit  . . . . . . . . . . . . . .  **21**  ☐ 0 ▪ 00

22  Qualified health plan expenses for the employee retention credit  . . . . . . . .  **22**  ☐ 0 ▪ 00

23  Qualified sick leave wages for leave taken after March 31, 2021  . . . . . . . .  **23**  ☐ 0 ▪ 00

24  Qualified health plan expenses allocable to qualified sick leave wages reported on line 23  **24**  ☐ 0 ▪ 00

25  Amounts under certain collectively bargained agreements allocable to qualified sick leave wages reported on line 23  . . . . . . . . . . . . . .  **25**  ☐ 0 ▪ 00

26  Qualified family leave wages for leave taken after March 31, 2021  . . . . . . .  **26**  ☐ 0 ▪ 00

27  Qualified health plan expenses allocable to qualified family leave wages reported on line 26  **27**  ☐ 0 ▪ 00

28  Amounts under certain collectively bargained agreements allocable to qualified family leave wages reported on line 26  . . . . . . . . . . . . . .  **28**  ☐ 0 ▪ 00

**Part 4:   May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes.  Designee's name and phone number [                    ] [                    ]

Select a 5-digit personal identification number (PIN) to use when talking to the IRS.  ☐ ☐ ☐ ☐ ☐

☐ No.

**Part 5:   Sign here. You MUST complete all three pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  **Sign your name here** [                    ]

Print your name here [                    ]

Print your title here [                    ]

Date [    /    /    ]

Best daytime phone [                    ]

**Paid Preparer Use Only**

Check if you're self-employed  . . . .  ☐

| Preparer's name | [                    ] | PTIN | [                    ] |
| Preparer's signature | [                    ] | Date | [    /    /    ] |
| Firm's name (or yours if self-employed) | [                    ] | EIN | [                    ] |
| Address | [                    ] | Phone | [                    ] |
| City | [                    ] State [      ] | ZIP code | [                    ] |

Page **3**

Form **941** (Rev. 6-2021)

CLIENT COPY   DO NOT FILE

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

OMB No. 1545-0029    970311

**Calendar year** 2021

Department of the Treasury -- Internal Revenue Service

**Report for this Quarter**

**Employer identification number** 83-2666283

**Name** (not your trade name) deeproot Studios, LLC

| | 1: January, February, March |
|---|---|
| X | 2: April, May, June |
| | 3: July, August, September |
| | 4: October, November, December |

Use this schedule to show your TAX LIABILITY for the quarter; don't use it to show your deposits. When you file this form with Form 941 or Form 941-SS, don't change your tax liability by adjustments reported on any Forms 941-X or 944-X. You must fill out this form and attach it to Form 941 or Form 941-SS if you're a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Enter your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 for details.

## Month 1

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 7655.69 | 9 | | 17 | | 25 | |
| 2 | | 10 | | 18 | | 26 | |
| 3 | | 11 | | 19 | | 27 | |
| 4 | | 12 | | 20 | | 28 | |
| 5 | | 13 | | 21 | 8803.41 | 29 | 5936.13 |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | 7655.69 | 23 | | 31 | |
| 8 | | 16 | | 24 | | | |

**Tax liability for Month 1**

30050.92

## Month 2

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | |
| 2 | | 10 | | 18 | | 26 | |
| 3 | | 11 | | 19 | | 27 | 7655.69 |
| 4 | | 12 | | 20 | | 28 | |
| 5 | | 13 | 5936.13 | 21 | | 29 | |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | | 23 | | 31 | |
| 8 | | 16 | | 24 | | | |

**Tax liability for Month 2**

13591.82

## Month 3

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 9 | | 17 | | 25 | |
| 2 | | 10 | 6609.83 | 18 | | 26 | |
| 3 | | 11 | | 19 | | 27 | |
| 4 | | 12 | | 20 | | 28 | |
| 5 | | 13 | | 21 | | 29 | |
| 6 | | 14 | | 22 | | 30 | |
| 7 | | 15 | | 23 | | 31 | |
| 8 | | 16 | | 24 | 6563.01 | | |

**Tax liability for Month 3**

13172.84

**B20941B**    NTF 2583721

**0   941B1**

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) ▶

**Total must equal line 12 on Form 941 or Form 941-SS.**

**Total liability for the quarter**

56815.58

**For Paperwork Reduction Act Notice, see separate instructions.**    CAA    IRS.gov/form941    **Schedule B (Form 941)** (Rev. 1-2017)

CLIENT COPY — DO NOT FILE

**Worksheet 2. Employee Retention Credit for the Second Quarter of 2021 Only (Wages Paid After March 31, 2021, and Before July 1, 2021)**

*Keep for Your Records*

**Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)**

If you paid qualified wages after March 31, 2021, and before July 1, 2021, for purposes of the employee retention credit, complete Step 1 and Step 2. If you're claiming a credit for qualified sick and family leave wages in the second quarter of 2021 for leave taken before April 1, 2021, complete Worksheet 1 before starting this worksheet. **Caution:** Use Worksheet 4 to figure the employee retention credit for qualified wages paid in the third and fourth quarters of 2021.

**Step 1.** **Determine the employer share of social security tax for the second quarter of 2021 after it is reduced by any credit claimed on Form 8974 and any credit to be claimed on Form 5884-C and/or Form 5884-D**

1a If you completed Worksheet 1 for the second quarter of 2021 to claim a credit for qualified sick and family leave wages for leave taken before April 1, 2021, enter the amount from Worksheet 1, Step 1, line 1l, and go to Step 2. If you're not claiming a credit for qualified sick and family leave wages for leave taken before April 1, 2021, continue by completing lines 1b–1n below and then go to Step 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1a**     0.00

1b Enter the amount of social security tax from Form 941, Part 1, line 5a, column 2 . . . . . . . **1b**   26059.19

1c Enter the amount of social security tax from Form 941, Part 1, line 5b, column 2 . . . . . . . **1c**     0.00

1d Add lines 1b and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1d**   26059.19

1e Multiply line 1d by 50% (0.50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1e**   13029.60

1f If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of social security tax included on Form 941, Part 1, line 8 (enter as a positive number) . . . . . . . . . . . . . . . . . . . . . . **1f**     0.00

1g Subtract line 1f from line 1e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1g**   13029.60

1h If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of social security tax from the notice . . . . . . . . . . . . . . . . . . . . **1h**     0.00

1i **Employer share of social security tax.** Add lines 1g and 1h . . . . . . . . . . . . . . . . . . . . **1i**   13029.60

1j Enter the amount from Form 941, Part 1, line 11a (credit from Form 8974) . . . . . . . . . . . **1j**     0.00

1k Enter the amount to be claimed on Form 5884-C, line 11, for this quarter . . . . . . . . . . . . **1k**     0.00

1l Enter the amount to be claimed on Form 5884-D, line 12, for this quarter . . . . . . . . . . . . **1l**     0.00

1m **Total nonrefundable credits already used against the employer share of social security tax.** Add lines 1j, 1k, and 1l . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1m**     0.00

1n **Employer share of social security tax remaining.** Subtract line 1m from line 1i . . . . . . **1n**   13029.60

**Step 2.** **Figure the employee retention credit for the second quarter of 2021**

**Caution:** The total amount included on lines 2a and 2b can't exceed $10,000 per employee.

2a Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2a**     0.00

2b Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2b**     0.00

2c Add lines 2a and 2b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2c**     0.00

2d **Retention credit.** Multiply line 2c by 70% (0.70) . . . . . . . . . . . . . . . . . . . . . . . . . . . **2d**     0.00

2e Enter the amount of the employer share of social security tax from Step 1, line 1a, or, if applicable, Step 1, line 1n . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2e**   13029.60

2f Enter any second quarter amount of the nonrefundable portion of the credit for qualified sick and family leave wages for leave taken before April 1, 2021, from Worksheet 1, Step 2, line 2j . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2f**     0.00

2g Subtract line 2f from line 2e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2g**   13029.60

2h **Nonrefundable portion of employee retention credit.** Enter the smaller of line 2d or line 2g. Enter this amount on Form 941, Part 1, line 11c . . . . . . . . . . . . . . . . . . . . . . . **2h**     0.00

2i **Refundable portion of employee retention credit.** Subtract line 2h from line 2d and enter this amount on Form 941, Part 1, line 13d . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2i**     0.00

**Worksheet 3. Credit for Qualified Sick and Family Leave Wages for Leave Taken After March 31, 2021**

*Keep for Your Records*

**Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)**

If you paid qualified sick leave wages and/or qualified family leave wages this quarter for leave taken after March 31, 2021, complete Step 1 and Step 2.
**Caution:** Use Worksheet 1 to figure the credit for qualified sick and family leave wages for leave taken before April 1, 2021.

**Step 1.**     **Determine the employer share of Medicare tax**

| | | | |
|---|---|---|---|
| 1a | Enter the amount of Medicare tax from Form 941, Part 1, line 5c, column 2 . . . . . . . . . . . | 1a | 6094.49 |
| 1b | Multiply line 1a by 50% (0.50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | 3047.24 |
| 1c | If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of Medicare tax included on Form 941, Part 1, line 8 (enter as a positive number) . . . . . . . . . . . . . . . . . . . . . . . . . | 1c | 0.00 |
| 1d | Subtract line 1c from line 1b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1d | 3047.24 |
| 1e | If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of Medicare tax from the notice . . . . . . . . . . . . . . . . . . . . . . . . | 1e | 0.00 |
| 1f | **Employer share of Medicare tax.** Add lines 1d and 1e . . . . . . . . . . . . . . . . . . . . . . | 1f | 3047.24 |

**Step 2.**     **Figure the sick and family leave credit**

| | | | |
|---|---|---|---|
| 2a | Qualified sick leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 23) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a | 0.00 |
| 2a(i) | Qualified sick leave wages included on Form 941, Part 3, line 23, that were not included as wages reported on Form 941, Part 1, lines 5a and 5c, because the qualified sick leave wages were excluded from the definition of employment under sections 3121(b)(1)–(22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a(i) | 0.00 |
| 2a(ii) | Subtract line 2a(i) from line 2(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a(ii) | 0.00 |
| 2a(iii) | Qualified sick leave wages included on Form 941, Part 3, line 23, that were not included as wages reported on Form 941, Part 1, line 5a, because the qualified sick leave wages were limited by the social security wage base . . . . . . . . . . . . . . . . . . . . . . . . . | 2a(iii) | 0.00 |
| 2a(iv) | Subtract line 2a(iii) from line 2a(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a(iv) | 0.00 |
| 2b | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 24) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2b | 0.00 |
| 2c | Amounts under certain collectively bargained agreements allocable to qualified sick leave for leave taken after March 31, 2021 (Form 941, Part 3, line 25) . . . . . . . . . . . . . . . . | 2c | 0.00 |
| 2d | Employer share of social security tax on qualified sick leave wages. Multiply line 2a(iv) by 6.2% (0.062) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2d | 0.00 |
| 2e | Employer share of Medicare tax on qualified sick leave wages. Multiply line 2a(ii) by 1.45% (0.0145) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2e | 0.00 |
| 2f | **Credit for qualified sick leave wages.** Add lines 2a, 2b, 2c, 2d, and 2e . . . . . . . . . . . | 2f | 0.00 |
| 2g | Qualified family leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 26) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2g | 0.00 |
| 2g(i) | Qualified family leave wages included on Form 941, Part 3, line 26, that were not included as wages reported on Form 941, Part 1, lines 5a and 5c, because the qualified family leave wages were excluded from the definition of employment under sections 3121(b)(1)–(22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2g(i) | 0.00 |
| 2g(ii) | Subtract line 2g(i) from line 2(g) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2g(ii) | 0.00 |
| 2g(iii) | Qualified family leave wages included on Form 941, Part 3, line 26, that were not included as wages reported on Form 941, Part 1, line 5a, because the qualified family leave wages were limited by the social security wage base . . . . . . . . . . . . . . . . . . . . . . . . . | 2g(iii) | 0.00 |
| 2g(iv) | Subtract line 2g(iii) from line 2g(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2g(iv) | 0.00 |
| 2h | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 27) . . . . . . . . . . . . . . . . . . . . . . . . . . | 2h | 0.00 |
| 2i | Amounts under certain collectively bargained agreements allocable to qualified family leave for leave taken after March 31, 2021 (Form 941, Part 3, line 28) . . . . . . . . . . . . . . | 2i | 0.00 |
| 2j | Employer share of social security tax on qualified family leave wages. Multiply line 2g(iv) by 6.2% (0.062) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2j | 0.00 |
| 2k | Employer share of Medicare tax on qualified family leave wages. Multiply line 2g(ii) by 1.45% (0.0145) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2k | 0.00 |
| 2l | **Credit for qualified family leave wages.** Add lines 2g, 2h, 2i, 2j, and 2k . . . . . . . . . . | 2l | 0.00 |
| 2m | **Credit for qualified sick and family leave wages.** Add lines 2f and 2l . . . . . . . . . . . | 2m | 0.00 |
| 2n | **For second quarter of 2021 only**, enter any employee retention credit claimed under section 2301 of the CARES Act (from Worksheet 2, line 2d) with respect to any wages taken into account for the credit for qualified sick and family leave wages for the quarter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2n | 0.00 |
| 2o | Enter any credit claimed under section 41 for increasing research activities with respect to any wages taken into account for the credit for qualified sick and family leave wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2o | 0.00 |
| 2p | Add lines 2n and 2o . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2p | 0.00 |
| 2q | **Credit for qualified sick and family leave wages after adjusting for other credits.** Subtract line 2p from line 2m . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2q | 0.00 |
| 2r | **Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021.** Enter the smaller of line 1f or line 2q. Enter this amount on Form 941, Part 1, line 11d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2r | 0.00 |
| 2s | **Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021.** Subtract line 2r from line 2q and enter this amount on Form 941, Part 1, line 13e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2s | 0.00 |

**Instructions for Form 941 (Rev. 6-2021)**         **-27-**

**Worksheet 4. Employee Retention Credit for Third and Fourth Quarters of 2021 Only (Qualified Wages Paid After June 30, 2021)**  *Keep for Your Records*

**Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)**

If you paid qualified wages after June 30, 2021, for purposes of the employee retention credit, complete Step 1 and Step 2. If you're claiming a credit for qualified sick and family leave wages in this quarter for leave taken after March 31, 2021, complete Worksheet 3 before starting this worksheet.
**Caution:** Use Worksheet 2 to figure the employee retention credit for qualified wages paid in the second quarter of 2021.

**Step 1.**      **Determine the employer share of Medicare tax**

1a      If you completed Worksheet 3 to claim a credit for qualified sick and family leave wages for leave taken after March 31, 2021, enter the amount from Worksheet 3, Step 1, line 1f, and go to Step 2. If you're not claiming a credit for qualified sick and family leave wages for leave taken after March 31, 2021, continue by completing lines 1b–1g below and then go to Step 2 . . . . . . . . . . . . . . . . .      **1a**      3047.24

1b      Enter the amount of Medicare tax from Form 941, Part 1, line 5c, column 2 . . . . . . . . . .      1b      6094.49

1c      Multiply line 1b by 50% (0.50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      1c      3047.24

1d      If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of Medicare tax included on Form 941, Part 1, line 8 (enter as a positive number) . . . . . . . . . . . . . . . . . . . . . . . . .      1d      0.00

1e      Subtract line 1d from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      1e      3047.24

1f      If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of Medicare tax from the notice . . . . . . . . . . . . . . . . . . . . . . . .      1f      0.00

1g      **Employer share of Medicare tax.** Add lines 1e and 1f . . . . . . . . . . . . . . . . . . . . . . . .      **1g**      3047.24

**Step 2.**      **Figure the employee retention credit**

**Caution:** The total amount included on lines 2a and 2b can't exceed $10,000 per employee each quarter.

2a      Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2a      0.00

2b      Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2b      0.00

2c      Add lines 2a and 2b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2c      0.00

2d      **Retention credit.** Multiply line 2c by 70% (0.70). If you qualify for the employee retention credit **solely** because your business is a recovery startup business, don't enter more than $50,000 per quarter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      **2d**      0.00

2e      Enter the amount of the employer share of Medicare tax from Step 1, line 1a, or, if applicable, Step 1, line 1g . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2e      3047.24

2f      Enter any amount of the nonrefundable portion of the credit for qualified sick and family leave wages for leave taken after March 31, 2021, from Worksheet 3, Step 2, line 2r . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2f      0.00

2g      Subtract line 2f from line 2e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2g      3047.24

2h      **Nonrefundable portion of employee retention credit.** Enter the smaller of line 2d or line 2g. Enter this amount on Form 941, Part 1, line 11c . . . . . . . . . . . . . . . . . . . . . . . .      2h      0.00

2i      **Refundable portion of employee retention credit.** Subtract line 2h from line 2d and enter this amount on Form 941, Part 1, line 13d . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      2i      0.00

Form **941 for 2021:** Employer's QUARTERLY Federal Tax Return
(Rev. June 2021)    Department of the Treasury — Internal Revenue Service

951121

OMB No. 1545-0029

**Employer identification number** (EIN)   8 3 – 2 6 6 6 2 8 3

**Name** *(not your trade name)*   deeproot Studios, LLC

**Trade name** *(if any)*

**Address**   PO Box 691610
Number        Street                                    Suite or room number

San Antonio                         TX        78269
City                                State        ZIP code

Foreign country name        Foreign province/county        Foreign postal code

**Report for this Quarter of 2021**
(Check one.)

☐ **1:** January, February, March

☐ **2:** April, May, June

☒ **3:** July, August, September

☐ **4:** October, November, December

Go to *www.irs.gov/Form941* for instructions and the latest information.

Read the separate instructions before you complete Form 941. Type or print within the boxes.

**Part 1:    Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *June 12* (Quarter 2), *Sept. 12* (Quarter 3), or *Dec. 12* (Quarter 4) . . . . . . . | 1 | 8 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . . . . . | 2 | 23962.04 |
| 3 | Federal income tax withheld from wages, tips, and other compensation . . . . . . | 3 | 3208.60 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax | ☐ Check and go to line 6. | |

| | | Column 1 | | Column 2 | |
|---|---|---|---|---|---|
| 5a | Taxable social security wages* . . | 23962.04 | × 0.124 = | 2971.29 | |
| 5a | (i)  Qualified sick leave wages* . | 0.00 | × 0.062 = | 0.00 | |
| 5a | (ii)  Qualified family leave wages* . | 0.00 | × 0.062 = | 0.00 | |
| 5b | Taxable social security tips . . . | 0.00 | × 0.124 = | 0.00 | |
| 5c | Taxable Medicare wages & tips . . | 23962.04 | × 0.029 = | 694.90 | |
| 5d | Taxable wages & tips subject to Additional Medicare Tax withholding | 0.00 | × 0.009 = | 0.00 | |

*Include taxable qualified sick and family leave wages for leave taken after March 31, 2021, on line 5a. Use lines 5a(i) and 5a(ii) **only** for wages paid after March 31, 2020, for leave taken before April 1, 2021.

| | | | |
|---|---|---|---|
| 5e | Total social security and Medicare taxes. Add Column 2 from lines 5a, 5a(i), 5a(ii), 5b, 5c, and 5d | 5e | 3666.19 |
| 5f | Section 3121(q) Notice and Demand—Tax due on unreported tips (see instructions) . . | 5f | . |
| 6 | Total taxes before adjustments. Add lines 3, 5e, and 5f . . . . . . . . . . . | 6 | 6874.79 |
| 7 | Current quarter's adjustment for fractions of cents . . . . . . . . . . . | 7 | 0.01 |
| 8 | Current quarter's adjustment for sick pay . . . . . . . . . . . . . | 8 | 0.00 |
| 9 | Current quarter's adjustments for tips and group-term life insurance . . . . . . | 9 | 0.00 |
| 10 | Total taxes after adjustments. Combine lines 6 through 9 . . . . . . . . . | 10 | 6874.80 |
| 11a | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | 11a | . |
| 11b | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 . . . . . . . . . . . . . . . . . . | 11b | 0.00 |
| 11c | Nonrefundable portion of employee retention credit . . . . . . . . . . | 11c | 0.00 |

▶ **You MUST complete all three pages of Form 941 and SIGN it.**

Next ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z        Form **941** (Rev. 6-2021)

951221

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| deeproot Studios, LLC | 83-2666283 |

**Part 1:**   Answer these questions for this quarter. *(continued)*

**11d**   Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . **11d**   0.00

**11e**   Nonrefundable portion of COBRA premium assistance credit (see instructions for applicable quarters) . . . . . . . . . . . . . . . . . . . . . . . . . **11e**   .

**11f**   Number of individuals provided COBRA premium assistance

**11g**   **Total nonrefundable credits.** Add lines 11a, 11b, 11c, 11d, and 11e . . . . . . . . **11g**   0.00

**12**   **Total taxes after adjustments and nonrefundable credits.** Subtract line 11g from line 10 . **12**   6874.80

**13a**   Total deposits for this quarter, including overpayment applied from a prior quarter and overpayments applied from Form 941-X, 941-X (PR), 944-X, or 944-X (SP) filed in the current quarter   **13a**   6874.80

**13b**   Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . **13b**   .

**13c**   Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . **13c**   0.00

**13d**   Refundable portion of employee retention credit . . . . . . . . . . . . . . **13d**   0.00

**13e**   Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . **13e**   0.00

**13f**   Refundable portion of COBRA premium assistance credit (see instructions for applicable quarters) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13f**   .

**13g**   **Total deposits and refundable credits.** Add lines 13a, 13c, 13d, 13e, and 13f . . . . . **13g**   6874.80

**13h**   Total advances received from filing Form(s) 7200 for the quarter . . . . . . . . . **13h**   0.00

**13i**   **Total deposits and refundable credits less advances.** Subtract line 13h from line 13g . . . **13i**   6874.80

**14**   **Balance due.** If line 12 is more than line 13i, enter the difference and see instructions . . . **14**   0.00

**15**   **Overpayment.** If line 13i is more than line 12, enter the difference   0.00   Check one:   ☐ Apply to next return.   ☐ Send a refund.

**Part 2:**   Tell us about your deposit schedule and tax liability for this quarter.

If you're unsure about whether you're a monthly schedule depositor or a semiweekly schedule depositor, see section 11 of Pub. 15.

**16**   Check one:   ☐   **Line 12 on this return is less than $2,500 or line 12 on the return for the prior quarter was less than $2,500, and you didn't incur a $100,000 next-day deposit obligation during the current quarter.** If line 12 for the prior quarter was less than $2,500 but line 12 on this return is $100,000 or more, you must provide a record of your federal tax liability. If you're a monthly schedule depositor, complete the deposit schedule below; if you're a semiweekly schedule depositor, attach Schedule B (Form 941). Go to Part 3.

☐   **You were a monthly schedule depositor for the entire quarter.** Enter your tax liability for each month and total liability for the quarter, then go to Part 3.

Tax liability:   Month 1   .

Month 2   .

Month 3   .

Total liability for quarter   .   **Total must equal line 12.**

☒   **You were a semiweekly schedule depositor for any part of this quarter.** Complete Schedule B (Form 941), Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941. Go to Part 3.

▶ **You MUST complete all three pages of Form 941 and SIGN it.**   Next ▶

Page **2**   Form **941** (Rev. 6-2021)

31908
951921

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| deeproot Studios, LLC | 83-2666283 |

## Part 3:  Tell us about your business. If a question does NOT apply to your business, leave it blank.

**17** If your business has closed or you stopped paying wages . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [  /  /  ] ; also attach a statement to your return. See instructions.

**18a** If you're a seasonal employer and you don't have to file a return for every quarter of the year . . . ☐ Check here.

**18b** If you're eligible for the employee retention credit solely because your business is a recovery startup business ☐ Check here.

**19** Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021   **19** [ 0.00 ]

**20** Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021   **20** [ 0.00 ]

**21** Qualified wages for the employee retention credit . . . . . . . . . . . . .   **21** [ 0.00 ]

**22** Qualified health plan expenses for the employee retention credit . . . . . . . .   **22** [ 0.00 ]

**23** Qualified sick leave wages for leave taken after March 31, 2021 . . . . . . . .   **23** [ 0.00 ]

**24** Qualified health plan expenses allocable to qualified sick leave wages reported on line 23   **24** [ 0.00 ]

**25** Amounts under certain collectively bargained agreements allocable to qualified sick leave wages reported on line 23 . . . . . . . . . . . . . . . . .   **25** [ 0.00 ]

**26** Qualified family leave wages for leave taken after March 31, 2021 . . . . . . .   **26** [ 0.00 ]

**27** Qualified health plan expenses allocable to qualified family leave wages reported on line 26   **27** [ 0.00 ]

**28** Amounts under certain collectively bargained agreements allocable to qualified family leave wages reported on line 26 . . . . . . . . . . . . . . . . .   **28** [ 0.00 ]

## Part 4:  May we speak with your third-party designee?

**Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS?** See the instructions for details.

☐ Yes.  Designee's name and phone number [                    ] [                    ]

Select a 5-digit personal identification number (PIN) to use when talking to the IRS. [  ] [  ] [  ] [  ] [  ]

☐ No.

## Part 5:  Sign here. You MUST complete all three pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X  **Sign your name here** [                    ]

Print your name here [                    ]

Print your title here [                    ]

Date [  /  /  ]

Best daytime phone [                    ]

### Paid Preparer Use Only

Check if you're self-employed . . . ☐

| Preparer's name | [                    ] | PTIN | [                    ] |
|---|---|---|---|
| Preparer's signature | [                    ] | Date | [  /  /  ] |
| Firm's name (or yours if self-employed) | [                    ] | EIN | [                    ] |
| Address | [                    ] | Phone | [                    ] |
| City | [                    ] State [  ] | ZIP code | [                    ] |

Page **3**

Form **941** (Rev. 6-2021)

CLIENT COPY — DO NOT FILE

# Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors

OMB No. 1545-0029    970311

**Calendar year** 2021

Department of the Treasury -- Internal Revenue Service

**Employer identification number** 83-2666283

**Name** (not your trade name) deeproot Studios, LLC

Use this schedule to show your TAX LIABILITY for the quarter; don't use it to show your deposits. When you file this form with Form 941 or Form 941-SS, don't change your tax liability by adjustments reported on any Forms 941-X or 944-X. You must fill out this form and attach it to Form 941 or Form 941-SS if you're a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Enter your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 for details.

**Report for this Quarter**

- [ ] **1:** January, February, March
- [ ] **2:** April, May, June
- [X] **3:** July, August, September
- [ ] **4:** October, November, December

## Month 1

| | | | | Tax liability for Month 1 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10 | 18 | 26 | 6874.80 |
| 3 | 11 | 19 | 27 | |
| 4 | 12 | 20 | 28 | |
| 5 | 13 | 21 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7 | 15 | 23 | 31 | |
| 8  6874.80 | 16 | 24 | | |

## Month 2

| | | | | Tax liability for Month 2 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10 | 18 | 26 | 0.00 |
| 3 | 11 | 19 | 27 | |
| 4 | 12 | 20 | 28 | |
| 5 | 13 | 21 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7 | 15 | 23 | 31 | |
| 8 | 16 | 24 | | |

## Month 3

| | | | | Tax liability for Month 3 |
|---|---|---|---|---|
| 1 | 9 | 17 | 25 | |
| 2 | 10 | 18 | 26 | 0.00 |
| 3 | 11 | 19 | 27 | |
| 4 | 12 | 20 | 28 | |
| 5 | 13 | 21 | 29 | |
| 6 | 14 | 22 | 30 | |
| 7 | 15 | 23 | 31 | |
| 8 | 16 | 24 | | |

B20941B    NTF 2583721

0   941B1

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) ▶

**Total must equal line 12 on Form 941 or Form 941-SS.**

**Total liability for the quarter**

6874.80

For Paperwork Reduction Act Notice, see separate instructions.    CAA    IRS.gov/form941    Schedule B (Form 941) (Rev. 1-2017)

CLIENT COPY DO NOT FILE

**Worksheet 3. Credit for Qualified Sick and Family Leave Wages for Leave Taken After March 31, 2021**

*Keep for Your Records*

**Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)**

If you paid qualified sick leave wages and/or qualified family leave wages this quarter for leave taken after March 31, 2021, complete Step 1 and Step 2.
**Caution:** Use Worksheet 1 to figure the credit for qualified sick and family leave wages for leave taken before April 1, 2021.

**Step 1.** **Determine the employer share of Medicare tax**

| | | | |
|---|---|---|---|
| 1a | Enter the amount of Medicare tax from Form 941, Part 1, line 5c, column 2 | 1a | 694.90 |
| 1b | Multiply line 1a by 50% (0.50) | 1b | 347.45 |
| 1c | If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of Medicare tax included on Form 941, Part 1, line 8 (enter as a positive number) | 1c | 0.00 |
| 1d | Subtract line 1c from line 1b | 1d | 347.45 |
| 1e | If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of Medicare tax from the notice | 1e | 0.00 |
| 1f | **Employer share of Medicare tax.** Add lines 1d and 1e | 1f | 347.45 |

**Step 2.** **Figure the sick and family leave credit**

| | | | |
|---|---|---|---|
| 2a | Qualified sick leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 23) | 2a | 0.00 |
| 2a(i) | Qualified sick leave wages included on Form 941, Part 3, line 23, that were not included as wages reported on Form 941, Part 1, lines 5a and 5c, because the qualified sick leave wages were excluded from the definition of employment under sections 3121(b)(1)–(22) | 2a(i) | 0.00 |
| 2a(ii) | Subtract line 2a(i) from line 2(a) | 2a(ii) | 0.00 |
| 2a(iii) | Qualified sick leave wages included on Form 941, Part 3, line 23, that were not included as wages reported on Form 941, Part 1, line 5a, because the qualified sick leave wages were limited by the social security wage base | 2a(iii) | 0.00 |
| 2a(iv) | Subtract line 2a(iii) from line 2a(ii) | 2a(iv) | 0.00 |
| 2b | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 24) | 2b | 0.00 |
| 2c | Amounts under certain collectively bargained agreements allocable to qualified sick leave for leave taken after March 31, 2021 (Form 941, Part 3, line 25) | 2c | 0.00 |
| 2d | Employer share of social security tax on qualified sick leave wages. Multiply line 2a(iv) by 6.2% (0.062) | 2d | 0.00 |
| 2e | Employer share of Medicare tax on qualified sick leave wages. Multiply line 2a(ii) by 1.45% (0.0145) | 2e | 0.00 |
| 2f | **Credit for qualified sick leave wages.** Add lines 2a, 2b, 2c, 2d, and 2e | 2f | 0.00 |
| 2g | Qualified family leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 26) | 2g | 0.00 |
| 2g(i) | Qualified family leave wages included on Form 941, Part 3, line 26, that were not included as wages reported on Form 941, Part 1, lines 5a and 5c, because the qualified family leave wages were excluded from the definition of employment under sections 3121(b)(1)–(22) | 2g(i) | 0.00 |
| 2g(ii) | Subtract line 2g(i) from line 2(g) | 2g(ii) | 0.00 |
| 2g(iii) | Qualified family leave wages included on Form 941, Part 3, line 26, that were not included as wages reported on Form 941, Part 1, line 5a, because the qualified family leave wages were limited by the social security wage base | 2g(iii) | 0.00 |
| 2g(iv) | Subtract line 2g(iii) from line 2g(ii) | 2g(iv) | 0.00 |
| 2h | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941, Part 3, line 27) | 2h | 0.00 |
| 2i | Amounts under certain collectively bargained agreements allocable to qualified family leave for leave taken after March 31, 2021 (Form 941, Part 3, line 28) | 2i | 0.00 |
| 2j | Employer share of social security tax on qualified family leave wages. Multiply line 2g(iv) by 6.2% (0.062) | 2j | 0.00 |
| 2k | Employer share of Medicare tax on qualified family leave wages. Multiply line 2g(ii) by 1.45% (0.0145) | 2k | 0.00 |
| 2l | **Credit for qualified family leave wages.** Add lines 2g, 2h, 2i, 2j, and 2k | 2l | 0.00 |
| 2m | **Credit for qualified sick and family leave wages.** Add lines 2f and 2l | 2m | 0.00 |
| 2n | **For second quarter of 2021 only**, enter any employee retention credit claimed under section 2301 of the CARES Act (from Worksheet 2, line 2d) with respect to any wages taken into account for the credit for qualified sick and family leave wages for the quarter | 2n | 0.00 |
| 2o | Enter any credit claimed under section 41 for increasing research activities with respect to any wages taken into account for the credit for qualified sick and family leave wages | 2o | 0.00 |
| 2p | Add lines 2n and 2o | 2p | 0.00 |
| 2q | **Credit for qualified sick and family leave wages after adjusting for other credits.** Subtract line 2p from line 2m | 2q | 0.00 |
| 2r | **Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021.** Enter the smaller of line 1f or line 2q. Enter this amount on Form 941, Part 1, line 11d | 2r | 0.00 |
| 2s | **Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021.** Subtract line 2r from line 2q and enter this amount on Form 941, Part 1, line 13e | 2s | 0.00 |

**Worksheet 4. Employee Retention Credit for Third and Fourth Quarters of 2021 Only (Qualified Wages Paid After June 30, 2021)**

*Keep for Your Records*

---

**Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)**

If you paid qualified wages after June 30, 2021, for purposes of the employee retention credit, complete Step 1 and Step 2. If you're claiming a credit for qualified sick and family leave wages in this quarter for leave taken after March 31, 2021, complete Worksheet 3 before starting this worksheet.

**Caution:** Use Worksheet 2 to figure the employee retention credit for qualified wages paid in the second quarter of 2021.

**Step 1.**      **Determine the employer share of Medicare tax**

1a    If you completed Worksheet 3 to claim a credit for qualified sick and family leave wages for leave taken after March 31, 2021, enter the amount from Worksheet 3, Step 1, line 1f, and go to Step 2. If you're not claiming a credit for qualified sick and family leave wages for leave taken after March 31, 2021, continue by completing lines 1b–1g below and then go to Step 2 ............................................................    **1a**    347.45

1b    Enter the amount of Medicare tax from Form 941, Part 1, line 5c, column 2 ..........   **1b**   694.90

1c    Multiply line 1b by 50% (0.50) ...........................................   **1c**   347.45

1d    If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of Medicare tax included on Form 941, Part 1, line 8 (enter as a positive number) .........................   **1d**   0.00

1e    Subtract line 1d from line 1c ...........................................   **1e**   347.45

1f    If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of Medicare tax from the notice .........................   **1f**   0.00

1g    **Employer share of Medicare tax.** Add lines 1e and 1f .......................    **1g**    347.45

**Step 2.**      **Figure the employee retention credit**

     **Caution:** The total amount included on lines 2a and 2b can't exceed $10,000 per employee each quarter.

2a    Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) ...........................................   **2a**   0.00

2b    Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) ......................................   **2b**   0.00

2c    Add lines 2a and 2b .................................................   **2c**   0.00

2d    **Retention credit.** Multiply line 2c by 70% (0.70). If you qualify for the employee retention credit **solely** because your business is a recovery startup business, don't enter more than $50,000 per quarter .................................................    **2d**    0.00

2e    Enter the amount of the employer share of Medicare tax from Step 1, line 1a, or, if applicable, Step 1, line 1g ...........................................   **2e**   347.45

2f    Enter any amount of the nonrefundable portion of the credit for qualified sick and family leave wages for leave taken after March 31, 2021, from Worksheet 3, Step 2, line 2r .............................................................   **2f**   0.00

2g    Subtract line 2f from line 2e ...........................................   **2g**   347.45

2h    **Nonrefundable portion of employee retention credit.** Enter the smaller of line 2d or line 2g. Enter this amount on Form 941, Part 1, line 11c .........................    **2h**    0.00

2i    **Refundable portion of employee retention credit.** Subtract line 2h from line 2d and enter this amount on Form 941, Part 1, line 13d ................................    **2i**    0.00

---